**FILED**
**NOVEMBER 12, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6403**

| | |
|---|---|
| In the Matter of<br>CARMEN FLORES,<br><br>v.<br><br>DIAMOND BANK | Case Number:<br><br><br><br>**JUDGE HIBBLER**<br>**MAGISTRATE JUDGE VALDEZ** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff                                                                **J. N.**

| |
|---|
| NAME (Type or print)<br>Allison Krumhorn |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *Allison Krumhorn* |
| FIRM<br>The Consumer Advocacy Center, P.C. |
| STREET ADDRESS<br>180 W. Washington Street, Suite 700 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6277823 | TELEPHONE NUMBER<br>312-782-5808 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐