IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| CARMEN FLORES, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6403 |
| v. | ) ) | Judge Hibbler |
| DIAMOND BANK, | ) ) ) | Magistrate Judge Valdez |
| Defendant. | ) ) | JURY DEMANDED |

## NOTICE OF FILING

TO:   See Certificate of Service

PLEASE TAKE NOTICE that on November 21, 2007 the undersigned counsel filed *Plaintiff's First Amended Class Action Complaint*, a copy of which is attached and hereby served upon you.

Respectfully submitted,

By: /s/ Lance A. Raphael
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, Illinois 60602
(312) 782-5808

## CERTIFICATE OF SERVICE

I, Remell Flakes, hereby certify under penalties of perjury according to 28 U.S.C. § 1746 that on November 21, 2007, I electronically filed the attached *Plaintiff's First Amended Class Action Complaint* with the Clerk of the Court using the CM/ECF system, and by mailing the same to the following, via First Class Mail:

> Diamond Bank c/o
> James A. Hubbard, as Authorized Officer
> 100 W. North Ave.
> Chicago, IL 60610

/s/ Remell Flakes
Remell Flakes, paralegal