IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARMEN FLORES, individually and on behalf of all others similarly situated, | ( ( ( |
| Plaintiff, | ( ( Case No. 07 C 6403 |
| v. | ( Judge Hibbler ( Magistrate Judge Valdez |
| DIAMOND BANK, | ( ( |
| Defendant. | ( |

**NOTICE OF MOTION**

To: Lance A. Raphael
Stacy M. Bardo
Allison Krumhorn
The Consumer Advocacy Center, P.C.
180 W. Washington St., Suite 700
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Wednesday, January 23, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable William J. Hibbler or whomever may be designated to sit in his stead, in **Court Room 1225** of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present Defendant DIAMOND BANK'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT, a copy of which is attached and served upon you.

Respectfully submitted,

/s/ Nathaniel R. Sinn
One of its attorneys

Mark D. Belongia, Atty # 6269391
Nathaniel R. Sinn, Atty # 6284004
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604
P: 312.662.1030
F: 312.662.1040

1

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 15th day of January, 2008 he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

|  |  |
|---|---|
| Lance A. Raphael | lance@caclawyers.com |
| Stacy M. Bardo | stacy@caclawyers.com |
| Allison Krumhorn | allison@caclawyers.com |

/s/ Nathaniel R. Sinn
Nathaniel R. Sinn