## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6403 | **DATE** | 2/14/2008 |
| **CASE TITLE** | CARMEN FLORES, etc. vs. DIAMOND BANK, FSB | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Defendant Diamond Bank's Motion to dismiss is taken under advisement.  The motion will be treated as a summary judgment as to count one.  Any discovery as to count one to be completed by 3/31/08.  Plaintiff to respond or file an amended complaint as to count two by 3/6/08.  Status hearing reset to 3/26/08 at 9:30 a.m.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | JHC |
|---|---|---|