IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| CARMEN FLORES, | ) | |
| | ) | Case No. 07 C 6403 |
| Plaintiff, | ) | |
| | ) | Judge Hibbler |
| v. | ) | |
| | ) | Magistrate Judge Valdez |
| DIAMOND BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   See Certificate of Service

PLEASE TAKE NOTICE that on Thursday, March 6, 2008 at 9:30 a.m., the undersigned counsel shall appear before the Honorable Judge Hibbler, presiding in Courtroom 1225 of the Everett McKinley Dirksen Federal Building, located at 219 South Dearborn Street, Chicago, Illinois and then and there present the parties' *Agreed Motion for Entry of a Proposed Confidentiality Stipulation*, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

By: /s/ Lance A. Raphael
One of Plaintiffs' Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
Phone: (312) 782-5808
Fax:   (312) 377-9930

## CERTIFICATE OF SERVICE

I, Kym Lozano, a paralegal, hereby certify under penalties of perjury according to 28 U.S.C. § 1746 that on February 27, 2008, I electronically filed the attached ***Agreed Motion for Entry of a Proposed Confidentiality Stipulation***, with the Clerk of the Court using the CM/ECF system, which provides electronic notice to the following counsel of record:

> Mark Belognia
> Nathaniel Sinn
> Belongia & Shapiro
> 53 W. Jackson Blvd., Suite 315
> Chicago, IL 60604

<u>/s/ Kym Lozano</u>