IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| CARMEN FLORES, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 07 C 6403 |
| v. | ) ) | Judge Hibbler |
| DIAMOND BANK, | ) ) ) | Magistrate Judge Valdez |
| Defendant. | ) | JURY DEMANDED |

## NOTICE OF FILING

To:   See Certificate of Service

PLEASE TAKE NOTICE that on March 6, 2008, the undersigned counsel filed Plaintiff's *Second Amended Class Action Complaint*, a copy of which is attached and hereby served upon you.

                                        Respectfully submitted,

                                        /s/ Lance A. Raphael
                                        One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

## CERTIFICATE OF SERVICE

I, Kym Lozano, paralegal, hereby certify under penalties of perjury according to 28 U.S.C. § 1748 that on March 6, 2008, I electronically filed the attached *Second Amended Class Action Complaint*, with the Clerk of the Court using the CM/ECF system, which provides electronic notice to the following counsel of record:

Mark Belognia
Nathaniel Sinn
Belongia & Shapiro
53 W. Jackson Blvd., Suite 315
Chicago, IL 60604

/s/ Kym Lozano
Paralegal