# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6403 | **DATE** | 3/6/2008 |
| **CASE TITLE** | Flores vs. Diamond Bank | | |

**DOCKET ENTRY TEXT**

Agreed motion for entry of a proposed confidentiality stipulation is granted. Enter Confidentiality Stipulation.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|