IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARMEN FLORES, individually and on behalf of all others similarly situated, | ( <br> ( <br> ( |
| Plaintiff, | ( <br> ( Case No. 07 C 6403 |
| v. | ( Judge Hibbler <br> ( Magistrate Judge Valdez |
| DIAMOND BANK, FSB, | ( <br> ( |
| Defendant. | ( |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 10th day of March, 2008, he sent copies of the below-listed discovery documents:

- Defendant's First Set of Interrogatories to be Answered by Plaintiff
- Defendant's First Set of Document Requests to be Answered by Plaintiff

By mailing said copies to the below-listed individuals and depositing same in the U.S. Mail at 53 W. Jackson, Chicago, Illinois 60604:

TO:   Lance A. Raphael
      Stacy M. Bardo
      Allison Krumhorn
      The Consumer Advocacy Center, P.C.
      180 W. Washington St., Suite 700
      Chicago, Illinois 60602

/s/ Nathaniel R. Sinn
Nathaniel R. Sinn

Nathaniel R. Sinn, Atty. # 6284004
nsinn@belongiashapiro.com
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, Illinois  60604
P: 312.662.1030
F: 312.662.1040