**IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CARMEN FLORES, individually and on behalf of all others similarly situated, (<br><br>Plaintiff, (<br>(<br>v. (<br>(<br>DIAMOND BANK, FSB, (<br>(<br>Defendant. ( | <br><br><br><br>Case No. 07 C 6403<br>Judge Hibbler<br>Magistrate Judge Valdez |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that on the 25th day of March, 2008, he sent copies of DEFENDANT DIAMOND BANK, FSB'S RULE 26(a)(1) INITIAL DISCLOSURES by facsimile and by mailing said copies to the below-listed individuals and depositing same in the U.S. Mail at 53 W. Jackson, Chicago, Illinois 60604:

TO:   Lance A. Raphael
    Stacy M. Bardo
    Allison Krumhorn
    The Consumer Advocacy Center, P.C.
    180 W. Washington St., Suite 700
    Chicago, Illinois 60602

                    /s/ Nathaniel R. Sinn
                    Nathaniel R. Sinn

Nathaniel R. Sinn, Atty. # 6284004
nsinn@belongiashapiro.com
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, Illinois  60604
P: 312.662.1030
F: 312.662.1040

1