# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Carmen Flores

                        Plaintiff,

v.                                                        Case No.: 1:07−cv−06403

                                     Honorable William J. Hibbler

Diamond Bank

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

      MINUTE entry before Judge Honorable William J. Hibbler: Status hearing held on 3/26/2008 and continued to 4/30/2008 at 09:30 AM. Motion to dismiss [15] is moot. Motion hearing held on 3/26/2008 regarding motion to dismiss [28]. Defendant's Motion to dismiss second amended class action complaint [28] is taken under advisement. Briefing schedule on defendant's motion to dismiss [28] held in abeyance. The parties are directed to meet and submit discovery schedule to the Court by 4/9/08. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.