IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| CARMEN FLORES, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6403 |
| v. | ) ) ) | Judge Hibbler Magistrate Judge Valdez |
| DIAMOND BANK, | ) ) | |
| Defendant. | ) | JURY DEMANDED |

### NOTICE OF FILING

To:   See Certificate of Service

PLEASE TAKE NOTICE that on April 1, 2008, the undersigned counsel filed Plaintiff's *Form 35 Report/Report of the Parties' Planning Meeting*, a copy of which is attached and hereby served upon you.

Respectfully submitted,

/s/ Lance A. Raphael
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

## CERTIFICATE OF SERVICE

I, Sherry Joseph, paralegal, hereby certify under penalties of perjury according to 28 U.S.C. § 1748 that on April 1, 2008, I electronically filed the attached *Form 35 Report/Report of the Parties' Planning Meeting*, with the Clerk of the Court using the CM/ECF system, which provides electronic notice to the following counsel of record:

Mark Belognia
Nathaniel Sinn
Belongia & Shapiro
53 W. Jackson Blvd., Suite 315
Chicago, IL 60604

/s/ Sherry Joseph
Paralegal