IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARMEN FLORES, individually and on behalf of all others similarly situated, ( ( ( Plaintiff, ( ( v. ( ( DIAMOND BANK, FSB, ( ( Defendant. ( | Case No. 07 C 6403 Judge Hibbler Magistrate Judge Valdez |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that on the 2nd day of April, 2008, he sent copies of DEFENDANT DIAMOND BANK, FSB'S FIRST AMENDED RULE 26(a)(1) INITIAL DISCLOSURES by mailing said copies to the below-listed individuals and depositing same in the U.S. Mail at 53 W. Jackson, Chicago, Illinois 60604:

    TO:    Lance A. Raphael
                Stacy M. Bardo
                Allison Krumhorn
                The Consumer Advocacy Center, P.C.
                180 W. Washington St., Suite 700
                Chicago, Illinois 60602

                                                /s/ Mark D. Belongia
                                                Mark D. Belongia

Mark D. Belongia, Atty. #6269391
mbelongia@belongiashapiro.com
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, Illinois  60604
P: 312.662.1030
F: 312.662.1040