IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARMEN FLORES, individually and on behalf of all others similarly situated, | ( ( ( |
| Plaintiff, | ( |
| | ( Case No. 07 C 6403 |
| v. | ( Judge Hibbler |
| | ( Magistrate Judge Valdez |
| DIAMOND BANK, FSB, | ( |
| | ( |
| Defendant. | ( |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that on the 3rd day of April, 2008, he sent copies of DEFENDANT DIAMOND BANK, FSB'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES by mailing said copies to the below-listed individuals and depositing same in the U.S. Mail at 53 W. Jackson, Chicago, Illinois 60604:

TO:   Lance A. Raphael
      Stacy M. Bardo
      Allison Krumhorn
      The Consumer Advocacy Center, P.C.
      180 W. Washington St., Suite 700
      Chicago, Illinois 60602

                                                        /s/ Mark D. Belongia
                                                        Mark D. Belongia

Mark D. Belongia, Atty. #6269391
mbelongia@belongiashapiro.com
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, Illinois  60604
P: 312.662.1030
F: 312.662.1040

1