IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARMEN FLORES, individually and on behalf of all others similarly situated, | ( ( ( |
| Plaintiff, | ( ( |
| v. | ( Case No. 07 C 6403 ( Judge Hibbler ( Magistrate Judge Valdez |
| DIAMOND BANK, FSB, | ( ( |
| Defendant. | ( |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that on the 18th day of April, 2008, he sent a copy of DEFENDANT DIAMOND BANK, FSB'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION by causing to be delivered by hand said copy to the below-listed individuals:

TO:   Lance A. Raphael
      Stacy M. Bardo
      Allison Krumhorn
      The Consumer Advocacy Center, P.C.
      180 W. Washington St., Suite 700
      Chicago, Illinois 60602

                                            /s/ Mark D. Belongia
                                            Mark D. Belongia

Mark D. Belongia, Atty. #6269391
mbelongia@belongiashapiro.com
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, Illinois  60604
P: 312.662.1030
F: 312.662.1040