## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Carmen Flores
            Plaintiff,

v.                                          Case No.: 1:07–cv–06403
                                         Honorable William J. Hibbler

Diamond Bank
            Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 5/28/2008 and continued to 7/29/2008 at 09:30 AM. The deposition of the Bank President is limited to 3 1/2 hours and is to take place on or before 6/18/08 at agreeable by the parties as well as the 2 additional deponents stated in open court. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.