IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARMEN FLORES, individually and on behalf of all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIAMOND BANK, )<br>)<br>Defendant. ) | Case No. 07 C 6403<br><br>Judge Hibbler<br><br>Magistrate Judge Valdez |

## NOTICE OF MOTION

TO:   See Certificate of Service

PLEASE TAKE NOTICE that on Tuesday, June 10, 2008 at 9:30 a.m., Plaintiff's counsel will appear before the Honorable Judge Hibbler, presiding in Courtroom 1225 of the Everett McKinley Dirksen Federal Building, and then and there present ***Plaintiff's Motion for Class Certification and Supporting Memorandum***, a copy of which is attached and hereby served upon you.

Respectfully submitted,

By: /s/ Lance A. Raphael
One of Plaintiffs' Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
Tel: (312) 782-5808
Fax: (312) 377-9930

## CERTIFICATE OF SERVICE

I, Sherry Joseph, paralegal, hereby certify under penalties of perjury as provided under 28 U.S.C. § 1746 that I used the CM/ECF system to electronically file the attached *Plaintiff's Motion for Class Certification and Supporting Memorandum* on June 2, 2008, which provides notice to the following counsel of record:

Mark D. Belongia
Nathaniel Sinn
Belongia & Shapiro, LLP
53 W. Jackson Blvd, Suite 315
Chicago, IL 60604
(312) 662-1040

/s/ Sherry Joseph