## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6403 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Flores v. Bank | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 6/10/08. Briefing schedule as to Plaintiff's Motion to certify class [40] is as follows: Response to be filed by 7/14/08. Reply to be filed by 7/28/08. Court will rule by mail.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | yp |
|---|---|---|