**APPENDIX**

1. *Martz v. PNC Bank, N.A.*, Not Reported in F.Supp.2d, 2006 WL 3840354, CIV A No. 06-1075 (W.D. Pa. Nov. 30, 2006).

2. *Polo v. Goodings Supermarkets, Inc.*, 232 F.R.D. 399 (M.D. Fla. 2004).

3. *O'Sullivan v. Countrywide Home Loans, Inc.*, 319 F.3d 732 (5th Cir. 2003).

4. *Hamilton v. O'Connor Chevrolet, Inc.*, 02 C 1897, 2006 WL 1697171 (N.D.Ill. June 12, 2006).

5. *Caulton v. Merchants' Credit Guide Co.*, 06 C 2744, 2007 WL 625457 (N.D.Ill. Feb. 22, 2007).

6. *Jones v. CBE Group, Inc.*, 215 F.R.D. 558 (D. Minn. 2003).

7. *Sonmore v. Checkrite Recover Servs., Inc.*, 206 F.R.D. 257 (D. Minn. 2001).

8. *Lyles v. Rosenfeld Atty. Network*, No. 199CV322, 2000 WL 798824 (N.D.Miss. May 17, 2000).

9. *Gen. Motors Corp. "Piston Slap" Prods. Liab. Litig.*, No. MDL 04-1600, 2006 WL 1049259 (W.D.Okla. Apr. 19, 2006).

10. *Sanneman v. Chrysler Corp.*, 191 F.R.D. 441 (E.D.Pa. 2000).

11. *In re PPA Prods. Liab. Litig.*, 214 F.R.D. 614 (W.D.Wash. 2003).

12. *Dumas v. Albers Med., Inc.*, No. 03-0640-CIV, 2005 WL 2172030 (W.D.Mo. Sept. 7, 2005).

13. *Mowry v. JP Morgan Chase Bank, N.A.*, Not Reported in F.Supp., 06-CV-04312 (N.D.Ill. June 19, 2007).