**IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARMEN FLORES, individually and on behalf of all others similarly situated, | ( | |
| | ( | |
| | ( | |
| Plaintiff, | ( | |
| | ( | Case No. 07 C 6403 |
| v. | ( | Judge Hibbler |
| | ( | Magistrate Judge Valdez |
| DIAMOND BANK, FSB | ( | |
| | ( | |
| Defendant. | ( | |

## NOTICE OF FILING

To:    Lance A. Raphael
        Stacy M. Bardo
        Allison Krumhorn
        The Consumer Advocacy Center, P.C.
        180 W. Washington St., Suite 700
        Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Monday, July 14, 2008, with the United States District Court, for the Northern District of Illinois, Eastern Division, Defendant caused to be filed Defendant DIAMOND BANK FSB'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, a copy of which is attached and served upon you.

Respectfully submitted,

/s/ Mark D. Belongia
One of its attorneys

Mark D. Belongia, Atty # 6269391
mbelongia@belongiashapiro.com
Nathaniel R. Sinn, Atty # 6284004
nsinn@belongiashapiro.com
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604
P:  312.662.1030
F:  312.662.1040

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, states that on the 14th day of July, 2008 he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Lance A. Raphael          lance@caclawyers.com
Stacy M. Bardo            stacy@caclawyers.com
Allison Krumhorn          allison@caclawyers.com


/s/ Mark D. Belongia
Mark D. Belongia