IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARMEN FLORES, | ) | |
| | ) | Case No. 07 C 6403 |
| Plaintiff, | ) | |
| | ) | Judge Hibbler |
| v. | ) | |
| | ) | Magistrate Judge Valdez |
| DIAMOND BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   See Certificate of Service

PLEASE TAKE NOTICE that on Thursday, July 31, 2008 at 9:30 a.m., Plaintiff's counsel will appear before the Honorable Judge Hibbler, presiding in Courtroom 1225 of the U.S. District Court for the Northern District of Illinois, Eastern District, and then and there present *Plaintiff's Motion for an Extension of Time to File a Reply in Further Support of Her Motion for Class Certification*, a copy of which is attached and hereby served upon you.

                              Respectfully submitted,


                              By: /s/ Lance A. Raphael
                              One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

1

## *CERTIFICATE OF SERVICE*

      I, Sherry Joseph, hereby certify under penalties of perjury according to 28 U.S.C. § 1746 that on July 25, 2008, I electronically filed the attached ***Plaintiff's Motion for an Extension of Time to File a Reply in Further Support of Her Motion for Class Certification*** with the Clerk of the Court using the CM/ECF system, which will provide notice to the following counsel of record:

Mark Belongia  
Nathaniel Sinn  
Belongia & Shapiro, LLP.  
53 W. Jackson Blvd., Suite 315  
Chicago, IL 60604

                                                /s/ Sherry Joseph  
                                                Paralegal