# EXHIBIT B

# Lance Raphael

| | |
|---|---|
| **From:** | Mark D. Belongia [mbelongia@belongiashapiro.com] |
| **Sent:** | Monday, March 03, 2008 10:44 AM |
| **To:** | Stacy Bardo |
| **Cc:** | Lance Raphael; 'Nate Sinn' |
| **Subject:** | RE: Flores v. Diamond Bank |

Stacy,

It appears that your process server did not serve the correct person. The description of the person served is a white male, 5'6", 190 lbs., with black hair and wearing glasses. In fact, Mr Ligas is 6'3", 250 lbs, with salt and pepper hair and does not wear glasses. We have also now spoken with the correct Mr. Ligas and he has confirmed that he was never served with the subpoena. During our conversation, he indicated that is willing to appear for deposition on a mutually agreeable date. Please provide us with your available dates at the end of next week for his deposition to take place.

Mark

**From:** Stacy Bardo [mailto:Stacy@caclawyers.com]
**Sent:** Friday, February 29, 2008 12:11 PM
**To:** mbelongia@mdb-law.com; Nate Sinn
**Cc:** Lance Raphael
**Subject:** Flores v. Diamond Bank

Counsel:
Per your request, here is proof of service of the subpoena on Lawrence Ligas.

Stacy M. Bardo
The Consumer Advocacy Center, P.C.
A private law firm devoted to protecting consumers' rights
180 West Washington
Suite 700
Chicago, IL 60602
Phone: 312-782-5808
Fax: 312-377-9930

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by reply e-mail, by forwarding this to lance@caclawyers.com or by telephone at 312-782-5808 and destroy the original transmission and its attachments without reading or saving in any manner.

# Lance Raphael

| | |
|---|---|
| **From:** | Lance Raphael |
| **Sent:** | Friday, March 07, 2008 10:41 AM |
| **To:** | 'Mark D. Belongia'; Stacy Bardo |
| **Cc:** | 'Nate Sinn' |
| **Subject:** | RE: Flores v. Diamond Bank |

Just so I understand, you would be producing the witness for deposition now, or are we to have to re-issue the subpoena for a date you have available?

Please produce the contact information for Mr. Ligas that you used to communicate with him?

As for dates, we are available at 10:00 am on the 20th or 21st for his deposition.

And as your client is not interested in discussing settlement of this fee shifting case at this time we will also be proceeding with the deposition of Kimberly Cole that Mr. Sinn scheduled for March 13, 2008.

```
Lance A. Raphael
The Consumer Advocacy Center, P.C.
A private law firm devoted to protecting consumers' rights
180 West Washington
Suite 700
Chicago, IL 60602-2318
Phone: 312-782-5808
Fax: 312-377-9930
CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or
previous e-mail messages attached to it may contain confidential information that
is legally privileged. If you are not the intended recipient, or a person
responsible for delivering it to the intended recipient, you are hereby notified
that any disclosure, copying, distribution or use of any of the information
contained in or attached to this transmission is STRICTLY PROHIBITED. If you have
received this transmission in error, please immediately notify me by reply e-mail,
by forwarding this to lance@caclawyers.com or by telephone at 312-782-5808 and
destroy the original transmission and its attachments without reading or saving in
any manner. The CAC is a private law firm. It is not, and is not affiliated with,
any not-for-profit, governmental or public interest organization.
"It's the action, not the fruit of the action that's important. You have to do the
right thing. It may not be in your power, may not be in your time, that there'll be
any fruit.  That does not mean you stop doing the right thing. You may never know
what results come from your action. But if you do nothing,there will be no
results." ~Mahatma Gandhi
```

**From:** Mark D. Belongia [mailto:mbelongia@belongiashapiro.com]
**Sent:** Wednesday, March 05, 2008 4:15 PM
**To:** Stacy Bardo
**Cc:** Lance Raphael; 'Nate Sinn'
**Subject:** RE: Flores v. Diamond Bank

Stacy,

We have heard from you on the below issue.  Please advise.

MDB

**From:** Mark D. Belongia [mailto:mbelongia@belongiashapiro.com]
**Sent:** Monday, March 03, 2008 10:44 AM
**To:** 'Stacy Bardo'
**Cc:** 'Lance Raphael'; 'Nate Sinn'
**Subject:** RE: Flores v. Diamond Bank

Stacy,

It appears that your process server did not serve the correct person. The description of the person served is a white male, 5'6", 190 lbs., with black hair and wearing glasses. In fact, Mr Ligas is 6'3", 250 lbs, with salt and pepper hair and does not wear glasses. We have also now spoken with the correct Mr. Ligas and he has confirmed that he was never served with the subpoena. During our conversation, he indicated that is willing to appear for deposition on a mutually agreeable date. Please provide us with your available dates at the end of next week for his deposition to take place.


Mark

**From:** Stacy Bardo [mailto:Stacy@caclawyers.com]
**Sent:** Friday, February 29, 2008 12:11 PM
**To:** mbelongia@mdb-law.com; Nate Sinn
**Cc:** Lance Raphael
**Subject:** Flores v. Diamond Bank

Counsel:
Per your request, here is proof of service of the subpoena on Lawrence Ligas.

Stacy M. Bardo
The Consumer Advocacy Center, P.C.
A private law firm devoted to protecting consumers' rights
180 West Washington
Suite 700
Chicago, IL 60602
Phone: 312-782-5808
Fax: 312-377-9930

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by reply e-mail, by forwarding this to lance@caclawyers.com or by telephone at 312-782-5808 and destroy the original transmission and its attachments without reading or saving in any manner.