# EXHIBIT D

## Lance Raphael

**From:** Mark D. Belongia [mbelongia@belongiashapiro.com]
**Sent:** Monday, May 12, 2008 9:35 AM
**To:** Lance Raphael
**Cc:** Stacy Bardo; 'Nate Sinn'
**Subject:** Flores v. Diamond Bank

Lance,

Regarding depositions in the above case, please issue subpoenas for deposition to third parties Barry Rustin and Larry Ligas. We do not represent either gentleman. You already have the contact information for Barry Rustin and we have previously provided you with Mr. Ligas's contact information at his employer company in our Amended 26(a)(1) disclosures and we also gave you his personal cellular phone number. Please let us know when you have confirmed their depositions as we will be at your office for same.

We request that Plaintiff's deposition proceed on May 22, 2008 at 10:00 a.m. at our office. Unless we hear back to the contrary by the end of business tomorrow, we shall notice her deposition accordingly. We expect to receive your client's answers to written discovery today.

We have no settlement offer at this time and have been instructed to continue with the litigation.

MDB


Mark D. Belongia
Belongia & Shapiro, LLP
53 W. Jackson Blvd.
Suite 315
Chicago, Illinois 60604
Tel. (312) 662-1030
Fax (312) 662-1040
www.belongiashapiro.com

*******************
IMPORTANT MESSAGE: Belongia & Shapiro LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.