**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARMEN FLORES, | ) | |
| | ) | Case No. 07 C 6403 |
| Plaintiff, | ) | |
| | ) | Judge Hibbler |
| v. | ) | |
| | ) | Magistrate Judge Valdez |
| DIAMOND BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   See Certificate of Service

PLEASE TAKE NOTICE that on July 31, 2008 at 09:30 a.m., Plaintiff's counsel will appear before the Honorable William Hibbler, presiding in Courtroom 1225 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604 and then and there present *Plaintiff's Motion for Rule to Show Cause Against Lawrence Ligas*, a copy of which is attached and hereby served upon you.

                                                       Respectfully submitted,

                                                       By: /s/ Lance A. Raphael
                                                       One of Plaintiffs' Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
Tel: (312) 782-5808
Fax: (312) 377-9930

**CERTIFICATE OF SERVICE**

      I, Sherry Joseph, paralegal, hereby certify under penalties of perjury as provided under 28 U.S.C. § 1746 that I used the CM/ECF system to electronically file the attached ***Plaintiff's Motion for Rule to Show Cause Against Lawrence Ligas*** on July  25 , 2008, which provides notice to the following counsel of record:

Mark D. Belongia
Nathaniel R. Sinn
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Ste. 315
Chicago, IL 60604

                                                  /s/ Sherry Joseph