# EXHIBIT 3

# Lance Raphael

| | |
|---|---|
| **From:** | Kelauna Orr [korr@belongiashapiro.com] |
| **Sent:** | Friday, July 25, 2008 12:16 PM |
| **To:** | Lance Raphael |
| **Cc:** | nsinn@belongiashapiro.com; mbelongia@belongiashapiro.com |
| **Subject:** | [Fwd: Attached Image] |
| **Attachments:** | Attached Image |



Attached Image

      Please be advised that the attached was sent at the direction of Mark D. Belongia. Thank You.

--
Kelauna Orr
Receptionist
Belongia & Shapiro, LLP
53 W. Jackson Blvd.
Suite 315
Chicago, Illinois 60604
Tel. (312) 662-1030
Fax (312) 662-1040
www.belongiashapiro.com

*******************
IMPORTANT MESSAGE:  Belongia & Shapiro LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

## Lance Raphael

| | |
|---|---|
| **From:** | Belongia & Shapiro [mbelongia@belongiashapiro.com] |
| **Sent:** | Friday, July 25, 2008 11:56 AM |
| **To:** | Kelauna Orr |
| **Subject:** | Attached Image |
| **Attachments:** | 3724_001.pdf |

**Belongia & Shapiro, LLP**
Attorneys at Law

CHICAGO
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604
tel 312.662.1030
fax 312.662.1040

NORTHBROOK
555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062
tel 847.897.5720
fax 847.480.7859

www.belongiashapiro.com

July 25, 2008

**VIA EMAIL**
Lance Raphael
The Consumer Advocacy Center P.C.
180 W. Washington Street, Suite 700
Chicago, Illinois 60602

   Re: *Carmen Flores v. Diamond Bank, FSB*
     Case No. 07 C 6403
     Our File No. 0126/01

Dear Mr. Raphael:

  Please find enclosed the document produced by Peak Performance Health Care in response to our subpoena in the above matter.

             Very truly yours,

             Mark D. Belongia

MDB/ln

cc: Nathaniel R. Sinn w/enclosure