### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CARMEN FLORES, ) | |
| ) | Case No. 07 C 6403 |
| Plaintiff, ) | |
| ) | Judge Hibbler |
| v. ) | |
| ) | Magistrate Judge Valdez |
| DIAMOND BANK, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

TO:   See Certificate of Service

PLEASE TAKE NOTICE that on July 31, 2008 at 9:30 a.m., Plaintiff's counsel will appear before the Honorable William J. Hibbler, presiding in Courtroom 1225 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604 and then and there present *Plaintiff's Motion for Sanctions, to Compel Destruction of Plaintiff's Medical Records and to Quash Subpoenas to Peak Performance Health Care, TCF Bank and any Unknown Recipients or, in the Alternative, for a Protective Order Preventing Disclosure of Medical and Financial Records*, a copy of which is attached and hereby served upon you.

CARMEN FLORES, Plaintiff,

By:    s/ Lance A. Raphael
Lance A. Raphael, One of her attorneys

Dated: July 25, 2008

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
312.782.5808

**CERTIFICATE OF SERVICE**

      I, Sherry Joseph, paralegal, hereby certify under penalties of perjury as provided under 28 U.S.C. § 1746 that I used the CM/ECF system to serve the attached *Notice of Motion* and *Plaintiff's Motion for Sanctions, to Compel Destruction of Plaintiff's Medical Records and to Quash Subpoenas to Peak Performance Health Care, TCF Bank and any Unknown Recipients or, in the Alternative, for a Protective Order Preventing Disclosure of Medical and Financial Records* on July 25, 2008, which provides notice to the following counsel of record:

Mark D. Belongia
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Ste. 315
Chicago, IL 60604

                         /s/ Sherry Joseph

      I, Sherry Joseph, paralegal, hereby certify under penalties of perjury as provided under 28 U.S.C. § 1746 that I served the attached *Notice of Motion* and *Plaintiff's Motion for Sanctions, to Compel Destruction of Plaintiff's Medical Records and to Quash Subpoenas to Peak Performance Health Care, TCF Bank and any Unknown Recipients or, in the Alternative, for a Protective Order Preventing Disclosure of Medical and Financial Records* on the following by regular mail, postage prepaid, on July 25, 2008:

Peak Performance Health Care
Attn: Gloria Robles
1749 N. Wells St.
Chicago, IL 60614


TCF National Bank
800 Burr Ridge Parkway
Mail Code 380-00-0
Burr Ridge, IL 60521

                         /s/ Sherry Joseph