## Mark D. Belongia

**From:** Mark D. Belongia [mbelongia@belongiashapiro.com]
**Sent:** Monday, May 12, 2008 11:54 AM
**To:** 'Lance Raphael'
**Cc:** 'Stacy Bardo'; 'Nate Sinn'
**Subject:** RE: Flores v. Diamond Bank

So we are clear, we do not and have never represented the third parties.  MDB

---

**From:** Lance Raphael [mailto:lance@caclawyers.com]
**Sent:** Monday, May 12, 2008 10:34 AM
**To:** Mark D. Belongia
**Cc:** Stacy Bardo; Nate Sinn
**Subject:** RE: Flores v. Diamond Bank

I am trying to figure out what type of game is going on with these third party witnesses.

First you represent you do not represent them, then you do and now you don't.

Please do not cry wolf again.

As for settlement, based upon your response to our demand with no offer or counter offer, I will presume that your client wants to fight this fee shifting case until the bitter end until I hear otherwise.

Therefore I will be moving for class certification shortly.

```
Lance A. Raphael
The Consumer Advocacy Center, P.C.
A private law firm devoted to protecting consumers' rights
180 West Washington
Suite 700
Chicago, IL 60602-2318
Phone: 312-782-5808
Fax: 312-377-9930
CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-
mail messages attached to it may contain confidential information that is legally
privileged. If you are not the intended recipient, or a person responsible for delivering
it to the intended recipient, you are hereby notified that any disclosure, copying,
distribution or use of any of the information contained in or attached to this
transmission is STRICTLY PROHIBITED. If you have received this transmission in error,
please immediately notify me by reply e-mail, by forwarding this to lance@caclawyers.com
or by telephone at 312-782-5808 and destroy the original transmission and its attachments
without reading or saving in any manner. The CAC is a private law firm. It is not, and is
not affiliated with, any not-for-profit, governmental or public interest organization.

"It's the action, not the fruit of the action that's important. You have to do the right
thing. It may not be in your power, may not be in your time, that there'll be any fruit.
That does not mean you stop doing the right thing. You may never know what results come
from your action. But if you do nothing, there will be no results." ~Mahatma Gandhi
```

---

**From:** Mark D. Belongia [mailto:mbelongia@belongiashapiro.com]
**Sent:** Monday, May 12, 2008 9:35 AM
**To:** Lance Raphael
**Cc:** Stacy Bardo; 'Nate Sinn'
**Subject:** Flores v. Diamond Bank



EXHIBIT 1

Lance,

Regarding depositions in the above case, please issue subpoenas for deposition to third parties Barry Rustin and Larry Ligas. We do not represent either gentleman. You already have the contact information for Barry Rustin and we have previously provided you with Mr. Ligas's contact information at his employer company in our Amended 26(a)(1) disclosures and we also gave you his personal cellular phone number. Please let us know when you have confirmed their depositions as we will be at your office for same.

We request that Plaintiff's deposition proceed on May 22, 2008 at 10:00 a.m. at our office. Unless we hear back to the contrary by the end of business tomorrow, we shall notice her deposition accordingly. We expect to receive your client's answers to written discovery today.

We have no settlement offer at this time and have been instructed to continue with the litigation.

MDB


Mark D. Belongia
Belongia & Shapiro, LLP
53 W. Jackson Blvd.
Suite 315
Chicago, Illinois 60604
Tel. (312) 662-1030
Fax (312) 662-1040
www.belongiashapiro.com

*****************
IMPORTANT MESSAGE: Belongia & Shapiro LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.