**Belongia & Shapiro, LLP**
Attorneys at Law

CHICAGO
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604
tel 312.662.1030
fax 312.662.1040
www.belongiashapiro.com

NORTHBROOK
555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062
tel 847.897.5720
fax 847.480.7859

July 29, 2008

**VIA EMAIL**
Lance Raphael
The Consumer Advocacy Center P.C.
180 W. Washington Street, Suite 700
Chicago, Illinois 60602

    Re:    *Carmen Flores v. Diamond Bank, FSB*
           Case No. 07 C 6403
           Our File No. 0126/01

Dear Mr. Raphael:

    Please be advised that we have been contacted by John J. Lowrey, the attorney representing Mr. Lawrence Ligas. Please be advised that his phone number is (708) 579-0138. Thank you.

                              Very truly yours,

                              Mark D. Belongia

MDB/nrs

EXHIBIT 2