# IN THE UNITED STATES DISTRIC COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CARMEN FLORES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND BANK, FSB<br><br>Defendant. | (<br>(<br>(<br>(<br>(  Case No. 07 C 6403<br>(  Judge Hibbler<br>(  Magistrate Judge Valdez<br>(<br>(<br>( |

## NOTICE OF FILING

To:   Lance A. Raphael
      Stacy M. Bardo
      Allison Krumhorn
      The Consumer Advocacy Center, P.C.
      180 W. Washington St., Suite 700
      Chicago, Illinois 60602

   PLEASE TAKE NOTICE that on Wednesday, July 30, 2008, with the United States District Court, for the Northern District of Illinois, Eastern Division, Defendant caused to be filed DEFENDANT DIAMOND BANK FSB'S RESPONSE TO PLAINTIFF'S PETITION FOR RULE TO SHOW CAUSE AGAINST LAWRENCE LIGAS, a copy of which is attached and served upon you.

                                                    Respectfully submitted,

                                                    /s/ Mark D. Belongia
                                                    One of its attorneys

Mark D. Belongia, Atty # 6269391
mbelongia@belongiashapiro.com
Nathaniel R. Sinn, Atty # 6284004
nsinn@belongiashapiro.com
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604
P:  312.662.1030
F:  312.662.1040

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that on the 30th day of July, 2008 he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

    Lance A. Raphael    lance@caclawyers.com
    Stacy M. Bardo    stacy@caclawyers.com
    Allison Krumhorn    allison@caclawyers.com

    /s/ Mark D. Belongia
    Mark D. Belongia