IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARMEN FLORES, individually and on behalf of all others similarly situated, | ( ( ( |
| Plaintiff, | ( ( Case No. 07 C 6403 |
| v. | ( Judge Hibbler ( Magistrate Judge Valdez |
| DIAMOND BANK, FSB, | ( ( |
| Defendant. | ( |

### CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 22nd day of July, 2008, he sent copies of **Notice of Subpoena in a Civil Case** and **Subpoena in a Civil Case to Gloria Robles at Peak Performance Health Care and TCF National Bank** by mailing said copies to the below-listed individuals and depositing same in the U.S. Mail at 53 W. Jackson, Chicago, IL 60604:

To: Lance A. Raphael
    Stacy M. Bardo
    Allison Krumhorn
    The Consumer Advocacy Center, P.C.
    180 West Washington St., Suite 700
    Chicago, Illinois 60602

                                                    /s/ Nathaniel R. Sinn

Mark D. Belongia, Atty # 6269391
mbelongia@belongiashapiro.com
Nathaniel R. Sinn, Atty # 6284004
nsinn@belongiashapiro.com
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604
P: 312.662.1030
F: 312.662.1040



EXHIBIT 6