**Belongia & Shapiro, LLP**

Attorneys at Law

CHICAGO
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604
tel   312.662.1030
fax  312.662.1040

NORTHBROOK
555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062
tel   847.897.5720
fax  847.480.7859

www.belongiashapiro.com

July 23, 2008

**VIA FACSIMILE**
Gloria Robles
Peak Performance Health Care
1749 North Wells
Chicago, IL 60614

   Re: *Carmen Flores, et al. v. Diamond Bank, FSB*
     Case No. 07 C 6403
     Our File No. 0126/01

Dear Ms. Robles:

  Please let this letter serve as notice that we are modifying the subpoena issued to your office in the above matter. We are hereby only requesting any and all billing records for Plaintiff, Carmen Flores relating to the month of August 2007. We are not seeking any of her medical records.

  Thank you.

            Very truly yours,

            Mark D. Belongia

MDB/ln

cc: Lance Raphael, via email



EXHIBIT 7



*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2096 |
| CONNECTION TEL | 4409644 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 07/23 17:00 |
| USAGE T | 00'44 |
| PGS. SENT | 2 |
| RESULT | OK |

| | |
|---|---|
| Date: | July 23, 2008 |
| Pages: (includes cover) | 2 |
| From: | Mark D. Belongia |
| Re: | Carmen Flores, et al. v. Diamond Bank, FSB |
| File No.: | 0126/01 |

If there is a problem in receipt of this transmission, please call Kelauna at 312.662.1030.

Hard copy to follow ☐ Yes ■ No

**Comments: Please see attached.**

*IMPORTANT MESSAGE: This facsimile transmission, and any documents transmitted with it, are a communication from the law firm of Belongia & Shapiro, LLP. This facsimile contains information protected by attorney/client privilege and is confidential or otherwise the exclusive property of the intended recipient. If you are not the designated recipient, or the person responsible for delivering the communication to its intended recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by telephone at 312.662.1030 and return the original message to us at the above address via the U.S. Postal Service.*

**Belongia & Shapiro, LLP**

Attorneys at Law

The Monadnock Building
53 W. Jackson Blvd., Suite 315
Chicago, IL 60604

Phone: 312.662.1030
Fax: 312.662.1040

# Facsimile Cover Sheet

| To: | Gloria Robles |
|---|---|
| Fax No.: | 312-440-9644 |
| Date: | July 23, 2008 |
| Pages: (includes cover) | 2 |
| From: | Mark D. Belongia |
| Re: | Carmen Flores, et al. v. Diamond Bank, FSB |
| File No.: | 0126/01 |

If there is a problem in receipt of this transmission, please call Kelauna at 312.662.1030.

Hard copy to follow ☐ Yes ■ No

Comments: Please see attached.

IMPORTANT MESSAGE: This facsimile transmission, and any documents transmitted with it, are a communication from the law firm of Belongia & Shapiro, LLP. This facsimile contains information protected by attorney/client privilege and is confidential or otherwise the exclusive property of the intended recipient. If you are not the designated recipient, or the person responsible for delivering the communication to its intended recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by telephone at 312.662.1030 and return the original message to us at the above address via the U.S. Postal Service.