## Mark D. Belongia

**From:** Lance Raphael [lance@caclawyers.com]
**Sent:** Tuesday, July 15, 2008 2:06 PM
**To:** Mark D. Belongia
**Cc:** Stacy Bardo; Allison Krumhorn; Paralegal2 ; Nate Sinn
**Subject:** RE: Flores v. Diamond Bank

I will address it more specifically in our reply to your opposition to class certification. Remember, I have access to Pacer and all of the publicly filed documents you and Mr. Sinn have filed.

However, based upon your filings on behalf of people such as but not limited to Mr. Langston, in support of class certification, I would ask that you withdraw your opposition to class certification in this case as you have asserted legal positions in your opposition which conflict with legal positions you are presently asserting before this Judge Coar on the same legal issues involving certification.

"A **positional conflict of interest** arises when two or more clients have opposing interests in unrelated matters."

**Positional conflicts of interests** are addressed indirectly in Rules of Professional Conduct Rule 1.7. Rule 1.7(b) provides in part that a "lawyer shall not represent a client if the representation of that client may be materially limited by the lawyer's responsibility to another client. . . ."

I am quoting from a federal case on the subject. But there is ample authority for you to research the issue.

Douglas R. Richmond, *Choosing Sides: Issue or **Positional Conflicts of Interest***, 51 FLA. L. REV. 383, 386 (1999). *See generally* Peter Margulies, *Multiple Communities or Monolithic Clients: **Positional Conflicts of Interest** and the Mission of the Legal Services Lawyer*, 67 FORDHAM L. REV. 2339 (1999); Norman W. Spaulding, *The Prophet and the Bureaucrat: Positional Conflicts in Service Pro Bono Publico*, 50 STAN. L. REV. 1395 (1998); John S. Dzienkowski, **Positional Conflicts of Interest**, 71 TEX. L. REV. 457 (1993); Nancy Ribaudo, *Issue Conflicts*, 2 GEO. J. LEGAL ETHICS 115 (1988); *see also* RESTATEMENT (THIRD) OF THE LAW GOVERNING LAWYERS, § 128 cmt. f (1998).

```
Lance A. Raphael
The Consumer Advocacy Center, P.C.
A private law firm devoted to protecting consumers' rights
180 West Washington
Suite 700
Chicago, IL 60602-2318
Phone: 312-782-5808
Fax: 312-377-9930
CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-
mail messages attached to it may contain confidential information that is legally
privileged. If you are not the intended recipient, or a person responsible for delivering
it to the intended recipient, you are hereby notified that any disclosure, copying,
distribution or use of any of the information contained in or attached to this
transmission is STRICTLY PROHIBITED. If you have received this transmission in error,
please immediately notify me by reply e-mail, by forwarding this to lance@caclawyers.com
or by telephone at 312-782-5808 and destroy the original transmission and its attachments
without reading or saving in any manner. The CAC is a private law firm. It is not, and is
not affiliated with, any not-for-profit, governmental or public interest organization.
```



EXHIBIT 8