IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARMEN FLORES, individually and on behalf of all others similarly situated, | ( ( ( |
| Plaintiff, | ( Case No. 07 C 6403 ( |
| v. | ( Judge Hibbler ( |
| DIAMOND BANK, FSB, | ( Magistrate Judge Valdez ( |
| Defendant. | ( |

### DECLARATION OF LUCY NAVA

I, Lucy Nava, first being sworn on oath, deposes and says that if sworn as a witness I could competently testify to the matters set forth herein from my own personal knowledge:

1. I am employed as a legal assistant by Belongia & Shapiro, LLP, the defense firm for Diamond Bank, FSB in the captioned case ("Bank").

2. On Monday, July 21, 2008, I placed in the mail the subpoena issued to TCF Bank in this case to TCF Bank. On that date, I also sent to a copy of this TCF Bank subpoena to Plaintiff's counsel, Lance Raphael.

3. On Tuesday, July 22, 2008, I placed in the mail the subpoena issued to Peak Performance in this case to Peak Performance. On that date, I also sent to a copy of this Peak Performance subpoena to Plaintiff's counsel Lance Raphael along with a another copy of the TCF Bank subpoena Certificate of Service of both subpoenas. That Certificate of Service is attached to the Defendant's Response as Exhibit"6".

FURTHER, AFFIANT SAYETH NOT.

_____
Lucy Nava

Subscribed and Sworn to before
me this 30th day of July, 2008.

_____
Notary Public

Official Seal
Mark D Belongia
Notary Public State of Illinois
My Commission Expires 03/16/2010