## **APPENDIX**

1. *Windsor v. Martindale*, 175 F.R.D. 665 (D.Colo. 1997).

2. *Tomczak v. Ingalls Memorial Hospital*, 359 Ill.App.3d 448, 834 N.E.2d 549 (Ill.App. 1st Dist. 2005).

3. *Department of Professional Regulation v. Manos*, 326 Ill.App.3d 698, 761 N.E.2d 208 (Ill.App. 1st Dist. 2001).

4. *People of the State of Illinois v. Ackerman*, 146 Ill.App. 301 (Ill.App. 1st Dist. 1909).

5. *U.S. ex. rel. Tennesse Valley Authority v. Indian Creek Marble Co.*, 40 F.Supp. 811, 822 (D.C.Tenn. 1941).

6. *Langford v. Chrysler Motors Corp.*, 513 F.2d 1121 (2nd Cir. 1975).

7. *Nova Products, Inc. v. Kisma Video, Inc.*, 220 F.R.D. 238 (S.D.N.Y. 2004).

8. *Orange v. Burge*, Not Reported in F.Supp.2d, No. 04 C 168, 2006 WL 2567786 (N.D.Ill. Aug. 15, 2006).

9. *Rosenberg v. Stern*, 77 Ill.App. 248 (Ill.App. 1st Dist 1898).

10. *Scroggin v. Brown*, 14 Ill.App. 338 (Ill.App. 3rd Dist. 1883).

11. *Chicago & A.R. Co. v. Bragonier*, 13 Ill.App. 467 (Ill.App. 3rd Dist. 1883).

12. *Smith v. Bingman*, 3 Ill.App. 65 (Ill.App. 3rd Dist. 1878).

13. *Confrey v. Stark*, 73 Ill. 187 (Ill. 1874).

14. *Gilbert v. Eli Lilly & Co.*, 56 F.R.D. 116 (D.C. Puerto Rico 1972).

15. *Nault's Auto. Sales, Inc. v. American Honda Motor Co., Acura Auto. Div.*, 148 F.R.D. 25 (D.C. NH 1993).