## IN THE UNITED STATES DISTRIC COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CARMEN FLORES, individually and on behalf of all others similarly situated, | ( ( ( |
| Plaintiff, | ( ( Case No. 07 C 6403 |
| v. | ( Judge Hibbler ( Magistrate Judge Valdez |
| DIAMOND BANK, FSB | ( ( |
| Defendant. | ( |

### NOTICE OF FILING

To: Lance A. Raphael
Stacy M. Bardo
Allison Krumhorn
The Consumer Advocacy Center, P.C.
180 W. Washington St., Suite 700
Chicago, Illinois 60602

　　PLEASE TAKE NOTICE that on Wednesday, July 30, 2008, with the United States District Court, for the Northern District of Illinois, Eastern Division, Defendant caused to be filed DEFENDANT DIAMOND BANK FSB'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY IN FURTHER SUPPORT OF HER MOTION FOR CLASS CERTIFICATION, a copy of which is attached and served upon you.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Mark D. Belongia
　　　　　　　　　　　　　　　　　　One of its attorneys

Mark D. Belongia, Atty # 6269391
mbelongia@belongiashapiro.com
Nathaniel R. Sinn, Atty # 6284004
nsinn@belongiashapiro.com
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604
P: 312.662.1030
F: 312.662.1040

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 30th day of July, 2008 he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

| | |
|---|---|
| Lance A. Raphael | lance@caclawyers.com |
| Stacy M. Bardo | stacy@caclawyers.com |
| Allison Krumhorn | allison@caclawyers.com |

/s/ Mark D. Belongia
Mark D. Belongia