UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Carmen Flores
        Plaintiff,

v.      Case No.: 1:07–cv–06403
    Honorable William J. Hibbler

Diamond Bank
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

    MINUTE entry before the Honorable William J. Hibbler: Motion hearing held on 7/31/2008 regarding motion for sanctions, motion to compel, motion to quash, [52], motion for extension of time to file, motion for extension of time to file response/reply [48], motion for rule to show cause [50]. Plaintiff's Motion for extension of time until 8/15/08 to file reply in further support of her motion for class certification [48] is granted. Plaintiff's Motion for Sanctions is denied. Plaintiff's Motion to compel destruction of plaintiff's medical records and to quash subpoenas to Peak Performance Health Care, TCF Bank and any unknown receipts [52] is granted. The Court orders all medical records and subpoenaed materials destroyed which defendant has improperly subpoenaed. The Court finds defendant knowingly acted improperly. The records of ATM transactions from TCF allowed as stated in open court. Plaintiff's Motion for RULE to show cause against Lawrence Ligas [50] is continued to 8/28/2008 at 9:30 AM. Status hearing held on 7/31/2008 and continued to 9/3/2008 at 9:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.