**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARMEN FLORES, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6403 |
| v. | ) ) ) | Judge Hibbler |
| DIAMOND BANK, | ) ) ) | Magistrate Judge Valdez |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   See Certificate of Service

PLEASE TAKE NOTICE that on August 15, 2008, the undersigned counsel filed *Plaintiff's Reply in Further Support of Her Motion for Class Certification*, a copy of which is attached and hereby served upon you.

                                        Respectfully submitted,

                                        By: /s/ Lance A. Raphael
                                        One of Plaintiffs' Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
Tel: (312) 782-5808
Fax: (312) 377-9930

**CERTIFICATE OF SERVICE**

      I, Sherry Joseph, paralegal, hereby certify under penalties of perjury as provided under 28 U.S.C. § 1746 that I used the CM/ECF system to electronically file the attached ***Plaintiff's Reply in Further Support of Her Motion for Class Certification*** on August 15, 2008, which provides notice to the following counsel of record:

Mark D. Belongia
Nathaniel Sinn
Belongia & Shapiro, LLP
53 W. Jackson Blvd, Suite 315
Chicago, IL 60604
(312) 662-1040

                                                          /s/ Sherry Joseph