**IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CARMEN FLORES, individually and on behalf of all others similarly situated, ( ( ( Plaintiff, ( ( v. ( ( DIAMOND BANK, FSB ( ( Defendant. ( | Case No. 07 C 6403 Judge Hibbler Magistrate Judge Valdez |

**NOTICE OF MOTION**

To:   Lance A. Raphael
      Stacy M. Bardo
      Allison Krumhorn
      The Consumer Advocacy Center, P.C.
      180 W. Washington St., Suite 700
      Chicago, Illinois 60602

   PLEASE TAKE NOTICE that on Thursday, August 28, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable William J. Hibbler or whomever may be designated to sit in his stead, in **Court Room 1225** of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present Defendant DIAMOND BANK FSB'S MOTION TO STRIKE PLAINTIFF'S REPLY IN FURTHER SUPPORT OF HER MOTION FOR CLASS CERTIFICATION, OR IN THE ALTERNATIVE TO FILE A SUR-RESPONSE, a copy of which is attached and served upon you.

                                                    Respectfully submitted,

                                                    /s/ Mark D. Belongia
                                                    One of its attorneys

Mark D. Belongia, Atty # 6269391
mbelongia@belongiashapiro.com
Nathaniel R. Sinn, Atty # 6284004
nsinn@belongiashapiro.com
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604
P:  312.662.1030
F:  312.662.1040

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that on the 25th day of August, 2008 he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

| | |
|---|---|
| Lance A. Raphael | lance@caclawyers.com |
| Stacy M. Bardo | stacy@caclawyers.com |
| Allison Krumhorn | allison@caclawyers.com |
| Nathaniel R. Sinn | nsinn@belongiashapiro.com |

/s/ Mark D. Belongia
Mark D. Belongia