**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Carmen Flores
    Plaintiff,

v.                Case No.: 1:07–cv–06403
                 Honorable William J. Hibbler

Diamond Bank
    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 28, 2008:

  MINUTE entry before the Honorable William J. Hibbler:Rule to show cause[50] and motion to strike [65] are entered and continued until 09/23/08. Motion hearing held on 8/28/2008 regarding motion for sanctions, motion to compel, motion to quash, [52] and motion to strike motion for relief[65]. Status hearing set for 9/23/2008 at 09:30 a.m. Parties are directed to submit a copy of the transcript of the deposition in dispute. Parties are also directed to file and submit a courtesy copy of a brief statement of what was intended and what happened at the deposition. Status hearing set for 09/03/08 is stricken. Response to the motion to strike due by 09/08/08. If a reply brief if necessary, the court will allow an oral brief reply at the status hearing on 09/23/08.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.