IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARMEN FLORES, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>DIAMOND BANK,<br><br>            Defendant. | Case No. 07 C 6403<br><br>Judge Hibbler<br><br>Magistrate Judge Valdez |

## NOTICE OF FILING

TO:    See Certificate of Service

PLEASE TAKE NOTICE that on September 8, 2008, the undersigned counsel filed *Plaintiff's Response to Defendant Diamond Bank's Motion to Strike Plaintiff's Reply in Further Support of her Motion for Class Certification*, a copy of which is attached and hereby served upon you.

Respectfully submitted,

By: /s/ Lance A. Raphael
One of Plaintiffs' Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
Tel: (312) 782-5808
Fax: (312) 377-9930

## CERTIFICATE OF SERVICE

I, Sherry Joseph, paralegal, hereby certify under penalties of perjury as provided under 28 U.S.C. § 1746 that I used the CM/ECF system to electronically file the attached ***Plaintiff's Response to Defendant Diamond Bank's Motion to Strike Plaintiff's Reply in Further Support of her Motion for Class Certification*** on September 8, 2008, which provides notice to the following counsel of record:

Mark D. Belongia
Kelly A. Saindon
Nathaniel Sinn
Belongia & Shapiro, LLP
53 W. Jackson Blvd, Suite 315
Chicago, IL 60604

/s/ Sherry Joseph