**APPENDIX**

1. *Brown v. Bank of America*, 457 F.Supp.2d 82 (D.Mass. 2006).

2. *Polo v. Goodings Supermarkets*, Inc., 232 F.R.D. 399 (M.D. Fla. 2004).

3. *Johnson v. West Suburban Bank*, 225 F.3d 366 (3rd Cir. 2000).

4. *Turner v. Beneficial Corp.*, 242 F.3d 1023 (11th Cir. 2001).

5. *Perrone v. General Motors Acceptance Corp.*, 232 F.3d 433 (5th Cir. 2000).

6. *FTC v. Cleverlink Trading Ltd.*, Not Reported in F.Supp.2d., 05-C-2889, 2006 WL 3106448 (N.D.Ill. 2006).

7. *Register.com, Inc. v. Verio, Inc.*, 356 F.3d 393 (2nd Cir. 2004).

8. Rest 2d Contr § 205 (West 2008).