**Westlaw Delivery Summary Report for SINN,NATE R 6026349**

| | |
|---|---|
| Date/Time of Request: | Monday, September 15, 2008 11:27 Central |
| Client Identifier: | 0126/01 |
| Database: | REST |
| Citation Text: | REST 2d CONTR s 205 |
| Lines: | 10885 |
| Documents: | 1 |
| Images: | 0 |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson Reuters, West and their affiliates.

Westlaw.

REST 2d CONTR § 205                                                                                               Page 1

Restatement (Second) of Contracts § 205 (1981)

C

Restatement of the Law — Contracts

Restatement (Second) of Contracts

Current through March 2008

Copyright © 1981-2008 by the American Law Institute

Chapter 9. The Scope Of Contractual Obligations

Topic 2. Considerations Of Fairness And The Public Interest

§ 205. Duty Of Good Faith And Fair Dealing

Link to Case Citations

**Every contract imposes upon each party a duty of good faith and fair dealing in its performance and its enforcement.**

**Comment:**

*a. Meanings of "good faith."* Good faith is defined in Uniform Commercial Code § 1-201(19) as "honesty in fact in the conduct or transaction concerned." "In the case of a merchant" Uniform Commercial Code § 2-103(1)(b) provides that good faith means "honesty in fact and the observance of reasonable commercial standards of fair dealing in the trade." The phrase "good faith" is used in a variety of contexts, and its meaning varies somewhat with the context. Good fa performance or enforcement of a contract emphasizes faithfulness to an agreed common purpose and consistency wi justified expectations of the other party; it excludes a variety of types of conduct characterized as involving "bad fai because they violate community standards of decency, fairness or reasonableness. The appropriate remedy for a breach c the duty of good faith also varies with the circumstances.