## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CARMEN FLORES,          )
                        )
           Plaintiff,   )          Case No. 07 C 6403
                        )
      v.                )          Judge Hibbler
                        )
DIAMOND BANK,           )          Magistrate Judge Valdez
                        )
                        )
           Defendant.   )

### RE-RE-RE-NOTICE OF DEPOSITION

To:  See Certificate of Service

PLEASE TAKE NOTICE that we shall take the *stenographic* deposition of Kimberly

Cole on **June 3, 2008 at 10:00 a.m.**

The deposition shall proceed at *The Consumer Advocacy Center, 180 W. Washington,*

*Suite 700, Chicago, IL 60602.*

**IF THE DEPONENT OR DEPONENT'S COUNSEL ARE NOT AVAILABLE ON THE ABOVE
DATE, PLEASE CALL US AND GIVE US AN ALTERNATIVE DEPOSITION DATE BEFORE (NOT
AFTER) THE DATE LISTED ABOVE.  IF YOU FAIL TO CALL US AT LEAST 72 HOURS BEFORE
THE ABOVE DATE, WE WILL ASSUME THAT BOTH DEPONENT AND DEPONENT'S COUNSEL
ARE AVAILABLE AND WILL ORDER A COURT REPORTER.  WE WILL NOT RE-SCHEDULE
DEPOSITIONS WITH LESS THAN 72-HOUR NOTICE, AND MAY APPLY TO THE COURT FOR
REIMBURSEMENT OF COURT REPORTER'S CHARGES AND ATTORNEY FEES EXPENDED.**

### Produce at the Time of Deposition

Please see attached Document Production Rider.

By _____
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 W. Washington, Suite 700
Chicago, IL  60602



Δ π EXHIBIT _A_
Deponent _Cole_
Date _6-18-08_ Rptr. _9M_
WWW.DEPOBOOK.COM

Cole Dep DPR000001

## CERTIFICATE OF SERVICE

      I, Sherry Joseph, paralegal, hereby certify under penalties of perjury according to 28 U.S.C. § 1746 that I served the attached *Re-Re-Re-Notice of Deposition of Kimberly Cole*, by faxing a copy and placing the same in the U.S. Mail, with proper postage prepaid, on May 13, 2008, to the following counsel of record:

Mark D. Belongia
Nathaniel R. Sinn
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Ste. 315
Chicago, IL 60604
Fax: (312) 662-1040

Sherry Joseph, paralegal

## DOCUMENT PRODUCTION RIDER TO KIMBERLY COLE

Unless otherwise indicated, the time period covered by these requests is January 1, 2005 to the time of deposition.

The deponent is instructed to bring with him to the deposition, each and every time he is produced:

1.   All documents relating to the purchase and/or installation of fee notice and availability of deposits signage for automated teller machine no. 049E4 ("the ATM").

2.   All documents, memos, notes, e-mails, or correspondence relating to any third-party company or person and service and/or maintenance of the ATM.

3.   All documents, contracts, memos, notes, e-mails, correspondence and service records relating to Alligas Enterprises, Inc. and the ATM.

4.   All maintenance and service records for the ATM.

5.   All correspondence, e-mails and documents between any Diamond Bank employee, agent or officer and any other Diamond Bank employee, agent or officer relating to signage for the ATM.

6.   All documents relating to customer and/or employee complaints regarding any Diamond Bank automated teller machines during the period of November 12, 2006 to November 12, 2007.

7.   All documents relating to Diamond Bank guidelines to ensure automated teller machine compliance with the Electronic Funds Transfer Act, 15 U.S.C. § 1693, *et seq.* ("EFTA").

8.   All documents, correspondence and e-mails to or from any Diamond Bank employee, agent or officer regarding the EFTA or any of its requirement regarding automated teller machines.

9.   All documents identifying the Diamond Bank employee(s), agent(s) and/or officer(s) responsible for ensuring compliance with the EFTA's requirements regarding automated teller machines.

10.  A list of all Diamond Bank employees and officers that worked at Diamond Bank's 100 W. North Ave. location between November 12, 2006 and November 12, 2007.

11.  A list of all Diamond Bank employees and officers who used the ATM between November 12, 2006 and November 12, 2007.

12. All photographs, videos, surveillance tapes and digital media of the ATM.

13. All police reports, memos, documents, e-mails, and correspondences regarding any alleged acts of vandalism at Diamond Bank's 100 W. North Ave. location between January 1, 2005 and the present.

14. All documents relating to orders for signage for the ATM.

15. All employment or independent contractor records for Diamond Bank security personnel assigned to Diamond Bank's 100 W. North Ave. location between November 12, 2006 and November 12, 2007.

16. All statements or affidavits (and drafts thereof) relating to this lawsuit and/or the ATM.

Respectfully submitted,

By _____
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

# Carmen Flores v. Diamond Bank, FSB
## Case No. 07 CV
## Document Production Rider Response

1) **Response:** Please see emails from bank employee Brett Sand.

2) **Response:** The bank services the subject ATM itself. Please see processing contracts from third parties Pendum and Fifth Third.

3) **Response:** None.

4) **Response:** Please see contracts and invoices.

5) **Response:** Please see e-mails by and between bank employees from James Hubbard, Kimberly Cole and Brett Sand.

6) **Response:** None

7) **Request:** Please see bank's EFTA agreement and disclosure, compliance policy and annual mailing.

8) **Response:** Please see e-mails by and between James Hubbard and Kimberly Cole.

9) **Response:** None

10) **Response:** Please see list of all bank employees and officers that worked for the bank from November 12, 2006 to November 12, 2007.

11) **Response:** Objection as Rule 34 does not require the preparation of such list but only requires the production of responsive documents. Such documents were already produced by Defendant.

12) **Response:** None other than pictures already produced by Defendant.

13) **Response:** Please see all available reports.

14) **Response:** Please see emails from bank employee Brett Sand.

15) **Response:** Please see contracts with A&R Security.

16) **Request:** None.

*(handwritten note)* Proposed Rep by, with, of Employes 2-3 ?

DIAMOND BANK, FSB

By:    /s/ Mark D. Belongia
       One of its attorneys

Mark D. Belongia, Atty # 6269391
mbelongia@belongiashapiro.com
Nathaniel R. Sinn, Atty # 6284004
nsinn@belongiashapiro.com
Belongia & Shapiro, LLP
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604
P: 312.662.1030
F: 312.662.1040

# DPR
# 1
# &
# 14

Cole Dep DPR000007

**From:** Brett Sand
**Sent:** Wednesday, February 20, 2008 2:26 PM
**To:** Kimberly Cole; Akiba Barberousse; Andrea Shibe
**Subject:** RE: Transition Items

Akiba and Andrea,

I will be setting both of you up on Fifth Third Direct as Administrators the next time you are in the office. (The last five digits of your social are needed on the form). Log-in information has typically been available within one week from the time I send in the form.

I will be sending the training webinar/power-point to everyone's attention shortly. It is very informative, but as Kim said, I will be happy to assist if you need additional training.

Thanks,
Brett

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Kimberly Cole
**Sent:** Wednesday, February 20, 2008 1:54 PM
**To:** Akiba Barberousse; Andrea Shibe
**Cc:** Brett Sand
**Subject:** Transition Items

Akiba/Andrea,

Brett will be transitioning his admin responsibilities for 5/3rd processing to the three of us. There is a webinar that he recommended we attend and he will also be available to help train us as necessary.

Additionally, I will be dividing the BCP Coordinator responsibilities between the two of you. Our meeting with Recovery Solutions on 2/27/08 is a starting point for that transition.

While these tasks are not intensive daily tasks they will require that we plan and complete updates on a regular basis. All of which I think is manageable, but definitely requiring forethought.

Thanks,
Kimberly Cole
Senior Vice President & Chief Operating Officer
Diamond Bank, FSB
100 W. North Avenue (at Clark)

Cole Dep DBR000008

Chicago, IL 60610
312.649.5021 (Work)
312.371.4056 (Mobile)
312.664.4289 (Fax)
kcole@dbdiamond.com
www.dbdiamond.com

This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

**From:** Brett Sand
**Sent:** Friday, January 11, 2008 10:02 AM
**To:** Kimberly Cole
**Subject:** RE: Pendum Inc. Invoice

Hi Kim,

Yes, this is what we should expect from Pendum on a monthly basis.

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Kimberly Cole
**Sent:** Thursday, January 10, 2008 10:17 PM
**To:** Brett Sand
**Subject:** RE: Pendum Inc. Invoice

Hi Brett,

Is this consistent with what we usually see as charges?

Thanks,
Kimberly Cole
Senior Vice President & Chief Operating Officer
Diamond Bank, FSB
100 W. North Avenue (at Clark)
Chicago, IL 60610
312.649.5021 (Work)
312.371.4056 (Mobile)
312.664.4289 (Fax)
kcole@dbdiamond.com
www.dbdiamond.com

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Brett Sand

**Sent:** Thursday, January 10, 2008 4:37 PM
**To:** Kimberly Cole
**Subject:** FW: Pendum Inc. Invoice

For your approval.

Thanks

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Constance Hemmerich [mailto:Constance.Hemmerich@pendum.com]
**Sent:** Thursday, January 10, 2008 12:41 PM
**To:** Brett Sand
**Subject:** Pendum Inc. Invoice

To Whom It May Concern:

This is the monthly service bill for January, 2008. The invoice IVC0113184, customer ID: 03066-00, was posted in the amount of $3,495.43 dollars and is attached.

Thank you for your business.

Sincerely,

*Constance Hemmerich*
Billing Representative
*Pendum, Inc.*
T - (303) 614-0519
F - (303) 614-4781
www.pendum.com

**From:** Brett Sand
**Sent:** Wednesday, February 27, 2008 10:46 AM
**To:** Dana Collier
**Cc:** Diana Farlinger; Simone Y. Gatlin; Kimberly Cole
**Subject:** RE: mps

Dana,

Diana and Simone will be the leads for all ATM work, including Fifth Third Direct. Kim, Andrea and Akiba will be setup for administrative access when it is required.

Diana or Simone,

Please contact Fifth Third to ask them how you can setup this access for Dana. If you have any problems, please let me know and I will assist.

Thank you

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Dana Collier
**Sent:** Wednesday, February 27, 2008 10:38 AM
**To:** Brett Sand
**Subject:** mps

Brett, could you have it set up so that I can see the bills that come thru Fifth Third

User name is NRTH0015

**Dana Collier**
**Disbursement Manager**
**Diamond Bank, FSB**
**100 W North Ave**
**Chicago, IL 60610**
**Tel: 312 649-5022**
**Fax: 312 649-5026**
**dcollier@dbdiamond.com**

**From:** Brett Sand
**Sent:** Wednesday, February 27, 2008 11:05 AM
**To:** Kimberly Cole
**Subject:** RE: mps

Yes and No.

What I would do is contact our rep at Fifth Third to find out how exactly this process would work. I believe it is simply a matter of updating the profile in the User-ID sheet, but I have been having problems accessing those sheets online. I can easily place the call to Fifth Third and ask them about updating the profile per Dana's request, but Diana/Simone could easily do the same and I felt it would be a good idea for them to get experience dealing with Fifth Third.

If for some reason they are unable to do this, I will take care of it.

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Kimberly Cole
**Sent:** Wednesday, February 27, 2008 10:58 AM
**To:** Brett Sand
**Subject:** RE: mps

Hi Brett,

Is this something you know how to do?

Thanks,
Kimberly Cole
Senior Vice President & Chief Operating Officer
Diamond Bank, FSB
100 W. North Avenue (at Clark)
Chicago, IL 60610
312.649.5021 (Work)
312.371.4056 (Mobile)
312.664.4289 (Fax)
kcole@dbdiamond.com
www.dbdiamond.com

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the*

*contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Brett Sand
**Sent:** Wednesday, February 27, 2008 10:46 AM
**To:** Dana Collier
**Cc:** Diana Farlinger; Simone Y. Gatlin; Kimberly Cole
**Subject:** RE: mps

Dana,

Diana and Simone will be the leads for all ATM work, including Fifth Third Direct. Kim, Andrea and Akiba will be setup for administrative access when it is required.

Diana or Simone,

Please contact Fifth Third to ask them how you can setup this access for Dana. If you have any problems, please let me know and I will assist.

Thank you

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Dana Collier
**Sent:** Wednesday, February 27, 2008 10:38 AM
**To:** Brett Sand
**Subject:** mps

Brett, could you have it set up so that I can see the bills that come thru Fifth Third

User name is NRTH0015

**Dana Collier**
**Disbursement Manager**
**Diamond Bank, FSB**
**100 W North Ave**
**Chicago, IL 60610**
**Tel: 312 649-5022**
**Fax: 312 649-5026**
**dcollier@dbdiamond.com**

DBR000014

DNR000015

**From:** Brett Sand
**Sent:** Monday, February 04, 2008 9:22 AM
**To:** Jason Hendricksen; Shirley Davis
**Cc:** Kimberly Cole
**Subject:** RE: Meeting
Yes, these are the settlements reports that we receive before and after each cash load.

Thanks

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Jason Hendricksen [mailto:Jason.Hendricksen@pendum.com]
**Sent:** Saturday, February 02, 2008 5:26 PM
**To:** Brett Sand; Shirley Davis
**Cc:** Kimberly Cole
**Subject:** RE: Meeting

Brett,

Just for clarification, are you referencing the settlement reports we send by e-mail?  Please confirm and we can get this updated.  Thanks!

Jason



Jason Hendricksen
Pendum, Inc.
(630) 654-6236

www.pendum.com

---

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Friday, February 01, 2008 5:54 PM
**To:** Jason Hendricksen; Shirley Davis
**Cc:** Kimberly Cole
**Subject:** RE: Meeting

Also, can you please change the contact information for the ATM status reports from me to Kim?

Cole Dep DBR000016

Thank you

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Brett Sand
**Sent:** Friday, February 01, 2008 5:53 PM
**To:** 'Jason Hendricksen'; 'Shirley Davis'
**Cc:** Kimberly Cole
**Subject:** Meeting

Jason and Shirley,

During your visit this month our C.O.O., Kimberly Cole, was unavailable to join our meeting. I would like to see if the two of you are able to schedule another meeting for sometime in February where you can meet with Kim as well as some other employees of the bank who may be taking a more hands-on approach to the bank's ATM Operations.

Please contact Kimberly Cole with information about when you may be able to meet with her. I will be transitioning to a new role in the bank, but will still be available for ATM support when needed.

If you have any questions, please let me know or you may contact Ms. Cole directly.

Thank you very much for all of your assistance during these past two years!
Brett

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or*

*disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

Cole Dep DPR000018

**From:** Brett Sand
**Sent:** Friday, February 01, 2008 5:54 PM
**To:** Jason Hendricksen; Shirley Davis
**Cc:** Kimberly Cole
**Subject:** RE: Meeting

Also, can you please change the contact information for the ATM status reports from me to Kim?

Thank you

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Brett Sand
**Sent:** Friday, February 01, 2008 5:53 PM
**To:** 'Jason Hendricksen'; 'Shirley Davis'
**Cc:** Kimberly Cole
**Subject:** Meeting

Jason and Shirley,

During your visit this month our C.O.O., Kimberly Cole, was unavailable to join our meeting. I would like to see if the two of you are able to schedule another meeting for sometime in February where you can meet with Kim as well as some other employees of the bank who may be taking a more hands-on approach to the bank's ATM Operations.

Please contact Kimberly Cole with information about when you may be able to meet with her. I will be transitioning to a new role in the bank, but will still be available for ATM support when needed.

If you have any questions, please let me know or you may contact Ms. Cole directly.

Thank you very much for all of your assistance during these past two years!
Brett

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax

Cole Dep DPR000019

bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

Cole Dep DBR 000020

**From:** Brett Sand
**Sent:** Friday, January 04, 2008 2:35 PM
**To:** Kimberly Cole
**Subject:** RE: ATM Vendor Meeting

The issues were minor, such as the fact that our client representative changed three times during the year and I had to locate the rep instead of them reaching out to introduce themselves. The other issue was the fact that each invoice we received this year had a different company listed on the invoice. (Pendum was formed from four other companies and we received invoices from all four throughout the year).

None of these issues were very major, thus I didn't pass them along.

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Kimberly Cole
**Sent:** Friday, January 04, 2008 2:32 PM
**To:** Brett Sand
**Subject:** RE: ATM Vendor Meeting

Ok, go ahead with the meeting (confirm date and time).  But this is the first I'm hearing of issues outside of when we were trying to get them to do the ATM stickers.

Thanks,

Kimberly Cole
Senior Vice President & Chief Operating Officer
Diamond Bank, FSB
100 W. North Avenue (at Clark)
Chicago, IL 60610
312.649.5021 (Work)
312.371.4056 (Mobile)
312.664.4289 (Fax)
kcole@dbdiamond.com
www.dbdiamond.com

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Brett Sand
**Sent:** Friday, January 04, 2008 2:15 PM
**To:** Kimberly Cole
**Subject:** RE: ATM Vendor Meeting

We are hoping to meet with them because we had a lot of service issues with them over the past year and we wanted to meet with them to discuss. There were billing and customer service issues and we have yet to meet our rep personally.

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Kimberly Cole
**Sent:** Friday, January 04, 2008 1:50 PM
**To:** Brett Sand
**Subject:** RE: ATM Vendor Meeting

Hi Brett,

What's the purpose of the meeting?  I may want to invite Diana or Simone...we talked about transitioning ATM operations to Deposit Operations soon.

I can meet the morning of the 15th but before the meeting is scheduled, please give me an update.

Let me know.

Thanks,
Kimberly Cole
Senior Vice President & Chief Operating Officer
Diamond Bank, FSB
100 W. North Avenue (at Clark)
Chicago, IL 60610
312.649.5021 (Work)
312.371.4056 (Mobile)
312.664.4289 (Fax)
kcole@dbdiamond.com
www.dbdiamond.com

Cole Dep DBR000022

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Brett Sand
**Sent:** Friday, January 04, 2008 1:15 PM
**To:** Kimberly Cole
**Subject:** ATM Vendor Meeting

Kim,

Dean and I are hoping to meet with our representative team from Pendum in a few weeks and I would like to see if you are available to meet with them as well. Dean and I were hoping to setup something for the morning of the 15th.

Please let me know if you are able to attend and if this time is accommodating.

Thanks,
Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Brett Sand
**Sent:** Friday, January 04, 2008 2:15 PM
**To:** Kimberly Cole
**Subject:** RE: ATM Vendor Meeting

We are hoping to meet with them because we had a lot of service issues with them over the past year and we wanted to meet with them to discuss. There were billing and customer service issues and we have yet to meet our rep personally.

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Kimberly Cole
**Sent:** Friday, January 04, 2008 1:50 PM
**To:** Brett Sand
**Subject:** RE: ATM Vendor Meeting

Hi Brett,

What's the purpose of the meeting?  I may want to invite Diana or Simone...we talked about transitioning ATM operations to Deposit Operations soon.

I can meet the morning of the 15th but before the meeting is scheduled, please give me an update.

Let me know.

Thanks,
Kimberly Cole
Senior Vice President & Chief Operating Officer
Diamond Bank, FSB
100 W. North Avenue (at Clark)
Chicago, IL 60610
312.649.5021 (Work)
312.371.4056 (Mobile)
312.664.4289 (Fax)
kcole@dbdiamond.com
www.dbdiamond.com

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please*

*erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Brett Sand
**Sent:** Friday, January 04, 2008 1:15 PM
**To:** Kimberly Cole
**Subject:** ATM Vendor Meeting

Kim,

Dean and I are hoping to meet with our representative team from Pendum in a few weeks and I would like to see if you are available to meet with them as well. Dean and I were hoping to setup something for the morning of the 15th.

Please let me know if you are able to attend and if this time is accommodating.

Thanks,
Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Brett Sand
**Sent:** Wednesday, November 28, 2007 11:06 AM
**To:** Kimberly Cole
**Subject:** RE: ATM Numbers
I should have the numbers to you in plenty of time.

I am only missing three months

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Kimberly Cole
**Sent:** Wednesday, November 28, 2007 11:04 AM
**To:** Brett Sand
**Subject:** RE: ATM Numbers

Jim and I have a meeting at 3p.m. today with attorneys. I need to look at the numbers before 2p.m. which is when I'll be leaving Skokie to come back downtown.

Thanks,
Kimberly Cole
Senior Vice President & Chief Operating Officer
Diamond Bank, FSB
100 W. North Avenue (at Clark)
Chicago, IL 60610
312.649.5021 (Work)
312.371.4056 (Mobile)
312.664.4289 (Fax)
kcole@dbdiamond.com
www.dbdiamond.com

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Brett Sand
**Sent:** Wednesday, November 28, 2007 10:56 AM
**To:** Kimberly Cole

**Subject:** RE: ATM Numbers

Almost....I cannot locate a few of my reports and will be checking with Linda.

I'll have something soon.

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Kimberly Cole
**Sent:** Wednesday, November 28, 2007 10:54 AM
**To:** Brett Sand
**Subject:** ATM Numbers

Brett,

Do you have the numbers together yet?

Thanks,
Kimberly Cole
Senior Vice President & Chief Operating Officer
Diamond Bank, FSB
100 W. North Avenue (at Clark)
Chicago, IL 60610
312.649.5021 (Work)
312.371.4056 (Mobile)
312.664.4289 (Fax)
kcole@dbdiamond.com
www.dbdiamond.com

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

Cole Dep DBR 000027

**From:** Brett Sand
**Sent:** Tuesday, January 15, 2008 12:18 PM
**To:** Dean Jukovich; Kimberly Cole
**Subject:** Pendum Meeting_1.15.08.doc

**Attachments:** Pendum Meeting_1.15.08.doc
Dean and Kim,

Here is a brief overview of what was discussed in the meeting with Pendum this morning.

Dean and I expressed a wish to continue meetings on a more frequent basis. We also noted that they should meet with us again to formerly meet Kim.

Please let me know if you have any questions.

Thanks,
Brett

Cole Dep DDR 000028

On Tuesday, January 15, Dean Jukovich and Brett Sand met with Jason Hendricksen and Shirley Davis of PENDUM to discuss ATM service and billing issues. Here is a list of issues that were discussed during this meeting:

- **Service issues with ATM 588A (Salon Blonde)**

    o  Salon Blonde has been complaining about the number of service calls that are being placed on their machine. Several calls referred to a cassette jam, which were confirmed by Jason and Shirley through a service call sheet. Jason suggested that the cassette may be jamming from a separate part of the machine and will have further testing completed on the machine. Jason noted that on December 24th a cassette issue was resolved and no further calls have been placed on this machine; however, maintenance will still visit the machine to confirm.

    o  Brett noted that Salon Blonde has dealt with complaints from customers who claim that a normal transaction is currently taking anywhere from 5-10 minutes to complete. Jason and Shirley confirmed that this is too long for a normal transaction and will inquire. Brett suggested that with a dial-up connection, it may appear as though the first dial-up attempt fails every time and the second number finally completes the transaction. Jason noted that this sounds exactly like what is occurring and will check with maintenance and Fifth Third Processing.

    o  Salon Blonde has complained about maintenance and cash technicians not being courteous and refusing to wipe their feet when coming in from bad weather. Jason mentioned that they strive to maintain the same crews for each site location and will work on quality control.

- **Service issues with ATM 435D (Northside Café)**

    o  Northside Café has complained about similar connection issues as Salon Blonde. Jason offered to perform a transaction at the Northside Café after the meeting to witness first-hand the transaction times. Jason said he would follow-up in the afternoon with his findings.

- **Invoice issues**

    o  When Dean joined the meeting we discussed the recent merger between Efmark, Premium Armored and Bantek which created the new PENDUM company. During 2007, and part of 2006, Diamond Bank received invoices from all three companies which caused obvious concern. The bank was concerned about dublicate and/or under billing that would lead to further issues down the road. Jason and Shirley apologized for the mix-ups and confirmed that all future invoicing should come from Pendum, Inc. only. Jason provided three invoices that were outstanding (Quarterly Maintenance from July 2007 and two first-line maintenance calls). Jason offered to remove the charges from one of the first-line maintenance calls, as he feels it was a Pendum error and should not have been billed.

- **New Service Options**

    o  Jason discussed current cash pick-up and delivery from Diamond Bank and offered new suggestions. Pendum visits the Fed every day and offer a service that will cut-out bank pick-ups, as cash may be picked up directly from the Fed at no additional charge. Dean noted that Diamond Bank does not currently have an account with the Fed, but may be interested in the future. Jason noted that Pendum also visits LaSalle daily and because the bank has an account at LaSalle, this might be an option to research.

- **Machines**

o   Discussion of new machines was brought up as Dean requested an up-to-date catalog.
     With future branches and/or ATM sites in the future, the bank would prefer to have a
     handle on current ATM options before pressed into making a purchase. Brett noted that
     the bank currently has two ATMs in storage with Pendum, but as Jason confirmed, these
     machines are out-dated and cannot be deployed. Jason discussed possible buy-back
     options for the bank, although it was noted that these machines could only be sold for
     parts.

**From:** Brett Sand
**Sent:** Friday, November 23, 2007 3:27 PM
**To:** Kimberly Cole
**Subject:** North Ave_Expenses.xls

**Attachments:** North Ave_Expenses.xls

## NEW ATM SURROUND ADDED IN APRIL OF 2006

| EXPENSES | | | | |
|---|---|---|---|---|
| **2006** | **January – December** | **12-month total** | | **per month avg** |
| | EFMARK | $ | 2,901.09 | $ | 241.76 |
| | Fifth Third (Expenses) | $ | 13,843.27 | $ | 1,153.61 |
| | Fifth Third (Income) | $ | (14,695.26) | $ | (1,224.61) |
| | PREMIUM ARMORED | $ | 2,785.82 | $ | 232.15 |
| | **Total Expenses** | $ | **4,834.92** | $ | **402.91** |

| | | | | |
|---|---|---|---|---|
| **2007** | **January – October (YTD)** | **10-month total** | | **per month avg** |
| | EFMARK/Pendum | $ | 2,663.42 | $ | 266.34 |
| | Fifth Third (Expenses) | $ | 8,673.12 | $ | 867.31 |
| | Fifth Third (Income) | $ | (11,154.91) | $ | (1,115.49) |
| | Premium Armored | $ | 2,143.24 | $ | 214.32 |
| | **Total Expenses** | $ | **2,324.87** | $ | **232.49** |

| POST SURROUND | | | | |
|---|---|---|---|---|
| **2006** | **April – December** | **9-month total** | | **per month avg** |
| | EFMARK | $ | 2,175.82 | $ | 241.76 |
| | Fifth Third (Expenses) | $ | 10,441.00 | $ | 1,160.11 |
| | Fifth Third (Income) | $ | (10,901.05) | $ | (1,211.23) |
| | PREMIUM ARMORED | $ | 2,107.17 | $ | 234.13 |
| | **Total Expenses** | $ | **3,822.94** | $ | **424.77** |

| PRE-SURROUND | | | | |
|---|---|---|---|---|
| **2006** | **January – March** | **3-month total** | | **per month avg** |
| | EFMARK | $ | 725.27 | $ | 241.76 |
| | Fifth Third (Expenses) | $ | 3,402.28 | $ | 1,134.09 |
| | Fifth Third (Income) | $ | (3,794.21) | $ | (1,264.74) |
| | PREMIUM ARMORED | $ | 678.35 | $ | 226.12 |
| | **Total Expenses** | $ | **1,011.69** | $ | **337.23** |

| Q1 (PRE-SURROUND) AND Q2-Q4 (POST SURROUND) | | | |
|---|---|---|---|
| **2006** | **Q1 vs. Q2-Q4** | **per month avg** | |
| | EFMARK | $ | (0.00) | |
| | Fifth Third (Expenses) | $ | (26.02) | *fifth atm added in Q2 |
| | Fifth Third (Income) | $ | 53.51 | |
| | PREMIUM ARMORED | $ | (8.01) | *fifth atm added in Q2 |

After surround was added to ATM at 100 W. North Avenue in April 2006;
All expenses increased and income decreased on a monthly average.

**1643 West North Avenue**
**588a**     (Salon Blonde)
## NO INCOME DATA AVAILABLE PRIOR TO MARCH 2006

| INCOME | | |
|---|---|---|
| **2006 Surcharge Income** | **Transactions** | **Fees** |
| January | | |
| February | | |

**100 W. Nort**
**ATM 49e4**
## NO INCOM

2006

2007

2006

2007

**1030 North**
**564c**
## NO INCOM

2006

Cole Dep DPR000032

| | Transactions | Fees |
|---|---|---|
| March | | $    - |
| April | | $    - |
| May | | $    - |
| June | | $    - |
| July | | $    - |
| August | | $    - |
| September | 1 | $    2.00 |
| October | 13 | $    26.00 |
| November | 22 | $    44.00 |
| December | 33 | $    66.00 |
| **Yearly Total** | **69** | **$    138.00** |

| 2007 Surcharge Income | Transactions | Fees |
|---|---|---|
| January | 97 | $    194.00 |
| February | 102 | $    204.00 |
| March | 164 | $    328.00 |
| April | 147 | $    294.00 |
| May | 152 | $    304.00 |
| June | 133 | $    266.00 |
| July | 130 | $    260.00 |
| August | 171 | $    342.00 |
| September | 137 | $    274.00 |
| October | 182 | $    364.00 |
| November | | $    - |
| December | | $    - |
| **Yearly Total** | **1415** | **$    2,830.00** |

| 2006 Income minus Expenses | | |
|---|---|---|
| September - December | $ | (1,473.64) |

| 2007 Income minus Expenses | | |
|---|---|---|
| January - October | $ | 505.13 |

**8820 Niles Center Road**
**2be0       (Skokie Branch)**
## NO INCOME DATA AVAILABLE PRIOR TO MARCH 2006
### INCOME

| 2006 Surcharge Income | Transactions | Fees |
|---|---|---|
| January | | |
| February | | |
| March | 76 | $    152.00 |
| April | 76 | $    152.00 |
| May | 97 | $    194.00 |
| June | 88 | $    176.00 |
| July | 94 | $    188.00 |
| August | 85 | $    170.00 |
| September | 75 | $    150.00 |
| October | 2 | $    4.00 |
| November | 5 | $    10.00 |
| December | 12 | $    24.00 |
| **Yearly Total** | **610** | **$    1,220.00** |

Cole Dep DPR000033

| 2007 Surcharge Income | Transactions | Fees |
|---|---|---|
| January | 16 | $ 32.00 |
| February | 16 | $ 32.00 |
| March | 18 | $ 36.00 |
| April | 18 | $ 36.00 |
| May | 12 | $ 24.00 |
| June | 22 | $ 44.00 |
| July | 16 | $ 32.00 |
| August | 20 | $ 40.00 |
| September | 16 | $ 32.00 |
| October | 32 | $ 64.00 |
| November |  | $ - |
| December |  | $ - |
| **Yearly Total** | **186** | $ 372.00 |

| 2006 Income minus Expenses | |
|---|---|
| September - December | $ 1,220.00 |

| 2007 Income minus Expenses | |
|---|---|
| January - October | $ 372.00 |

Cole Dep DPR000034

**th Avenue**
**(Main Branch)**

## ME DATA AVAILABLE PRIOR TO MARCH 2006

### INCOME

| Surcharge Income | Transactions | Fees |
|---|---|---|
| January | | |
| February | | |
| March | 301 | $ 602.00 |
| April | 277 | $ 554.00 |
| May | 385 | $ 770.00 |
| June | 426 | $ 852.00 |
| July | 519 | $ 1,038.00 |
| August | 492 | $ 984.00 |
| September | 313 | $ 626.00 |
| October | 561 | $ 1,122.00 |
| November | 423 | $ 846.00 |
| December | 350 | $ 700.00 |
| **Yearly Total** | **4047** | **$ 8,094.00** |

| Surcharge Income | Transactions | Fees |
|---|---|---|
| January | 405 | $ 810.00 |
| February | 554 | $ 1,108.00 |
| March | 429 | $ 858.00 |
| April | 419 | $ 838.00 |
| May | 410 | $ 820.00 |
| June | 500 | $ 1,000.00 |
| July | 496 | $ 992.00 |
| August | 477 | $ 954.00 |
| September | 397 | $ 794.00 |
| October | 593 | $ 1,186.00 |
| November | | $ - |
| December | | $ - |
| **Yearly Total** | **4680** | **$ 9,360.00** |

| Income minus Expenses | |
|---|---|
| March - December | $ 3,259.08 |

| Income minus Expenses | |
|---|---|
| January - October | $ 7,035.13 |

**Clark Street**
**(Gold Coast Fitness)**

## ME DATA AVAILABLE PRIOR TO MARCH 2006

### INCOME

| Surcharge Income | Transactions | Fees |
|---|---|---|
| January | | |
| February | | |
| March | 361 | $ 722.00 |
| April | 309 | $ 618.00 |

| | | | |
|---|---|---|---|
| May | 347 | $ | 694.00 |
| June | 275 | $ | 550.00 |
| July | 322 | $ | 644.00 |
| August | 309 | $ | 618.00 |
| September | 235 | $ | 470.00 |
| October | 277 | $ | 554.00 |
| November | 230 | $ | 460.00 |
| December | 267 | $ | 534.00 |
| **Yearly Total** | **2932** | $ | **5,864.00** |

| Surcharge Income | Transactions | | Fees |
|---|---|---|---|
| January | 341 | $ | 682.00 |
| February | 320 | $ | 640.00 |
| March | 328 | $ | 656.00 |
| April | 291 | $ | 582.00 |
| May | 244 | $ | 488.00 |
| June | 275 | $ | 550.00 |
| July | 163 | $ | 326.00 |
| August | 248 | $ | 496.00 |
| September | 228 | $ | 456.00 |
| October | 338 | $ | 676.00 |
| November | | $ | - |
| December | | $ | - |
| **Yearly Total** | **2776** | $ | **5,552.00** |

| Income minus Expenses | | |
|---|---|---|
| March - December | $ | 5,864.00 |

| Income minus Expenses | | |
|---|---|---|
| January - October | $ | 5,552.00 |

Cole Dep DPR000036

**From:** Brett Sand
**Sent:** Friday, January 04, 2008 1:15 PM
**To:** Kimberly Cole
**Subject:** ATM Vendor Meeting

Kim,

Dean and I are hoping to meet with our representative team from Pendum in a few weeks and I would like to see if you are available to meet with them as well. Dean and I were hoping to setup something for the morning of the 15th.

Please let me know if you are able to attend and if this time is accommodating.

Thanks

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

ColeDep DBB000037

**From:** Brett Sand
**Sent:** Thursday, April 17, 2008 10:39 AM
**To:** Dana Collier; Jagruti Patel
**Cc:** Diana Farlinger; Simone Y. Gatlin; Kimberly Cole
**Subject:** FW: 0306600 Apr 08 Flat – Annual

**Attachments:** 200804-Flat Annual.xls

Brett D. Sand
Credit Analyst
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Michael Harper [mailto:Michael.Harper@pendum.com]
**Sent:** Thursday, April 17, 2008 10:38 AM
**To:** Brett Sand
**Subject:** 0306600 Apr 08 Flat – Annual

Michael Harper
Pendum, Inc
Billing Rep
(303) 614-0513

Cole Dep DBB 000038

F1

# Pendum, Inc.

(formerly EFMARK-Premium-Bantek-Wilson)
PO Box 712142
Cincinnati, OH 45271-2142
Phone: (303) 614-4729 Fax: (303) 614-4780

**\*\*\* INVOICE \*\*\***

attn: Brett Sand
Diamond Bank
100 W North Ave
Chicago, IL 60610-1303

Cust ID: 0306600
Date: 4/9/2008
Inv Nbr: IVC0116664

**April 2008 Monthly Service Invoice**

PLEASE REFER TO INVOICE NUMBER ON YOUR REMITTANCE ADVICE

| Market | Equipment ID | Location Name | Address | City | St | Equipment Cost Center Make/Model | Service Task | Service Frequency | Period Charge | Period Taxable |
|--------|--------------|---------------|---------|------|----|----|--------------|-------------------|---------------|----------------|
| ILCHIC | 589A | Salon Blonde | 1643 W North Ave | Chicago | IL | NCR 5305 | ATM Second Line Maint. | Unlimited | $1,121.00 | |
| | | | | | | | | | | $0.00 |
| ILCHIC | 564C | Gold Coast Fitness | 1030 N Clark St | Chicago | IL | NCR 5670 | ATM Second Line Maint. | Unlimited | $1,450.00 | |
| ILCHIC | 564C | Gold Coast Fitness | 1030 N Clark St | Chicago | IL | NCR 5670 | Triple DES Maintenance | Unlimited | $156.00 | |
| | | **564C TOTALS** | | | | | | | $1,606.00 | $0.00 |
| ILCHIC | 49E4 | Diamond Bank FSB | 100 W North Ave | Chicago | IL | NCR 5886 | ATM Second Line Maint. | Unlimited | $2,216.00 | |
| ILCHIC | 435D | Northside Cafe | 1635 N Damen Ave | Chicago | IL | NCR 5887 | ATM Second Line Maint. | Unlimited | $1,930.00 | |
| | | **2BE0 TOTALS** | | | | | | | | $0.00 |
| ILNORT | 2BE0 | Branch | 8820 Niles Center Rd | Skokie | IL | FUJITSU 7020 | ATM Second Line Maint. | Unlimited | $2,295.00 | |
| ILNORT | 2BE0 | Branch | 8820 Niles Center Rd | Skokie | IL | FUJITSU 7020 | Triple DES Maintenance | Unlimited | $156.00 | |
| | | **2BE0 TOTALS** | | | | | | | $2,451.00 | $0.00 |
| FUEL | | Fuel Surcharge | | | | | | 6.50% Fuel Surcharge: | $606.06 | |
| **IVC0116664 TOTALS** | | 5 ATMs | | | | | | Subtotal: | $9,930.06 | $0.00 |
| | | | | | | | | Total Amount: | $9,930.06 | |

Page 1 of 1

Cole Dep DPR000039

**From:** Brett Sand
**Sent:** Thursday, April 17, 2008 10:39 AM
**To:** Dana Collier; Jagruti Patel
**Cc:** Diana Farlinger; Simone Y. Gatlin; Kimberly Cole
**Subject:** FW: 0306600 Apr 08 Flat invoice

**Attachments:** 200804-Flat Qtrly.xls

Brett D. Sand
Credit Analyst
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.664.4289 fax
bsand@dbdiamond.com

☒

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Michael Harper [mailto:Michael.Harper@pendum.com]
**Sent:** Thursday, April 17, 2008 10:26 AM
**To:** Brett Sand
**Subject:** 0306600 Apr 08 Flat invoice

Michael Harper
Pendum, Inc
Billing Rep
(303) 614-0513

Cole Dep DPR000040

# Pendum, Inc.

(formerly EFMARK-Premium-Bantek-Wilson)
PO Box 712142
Cincinnati, OH 45271-2142
Phone: (303) 614-4729 Fax: (303) 614-4780

## *** INVOICE ***

attn: Brett Sand
Diamond Bank
100 W North Ave
Chicago, IL 60610-1303

Cust ID: 0306600
Date: 4/9/2008
Inv Nbr: IVC0115649

April 2008 Quarterly Service Invoice

PLEASE REFER TO INVOICE NUMBER ON YOUR REMITTANCE ADVICE

| Market | Equipment ID / Location Name | Address | City | ST | Cost Center | Equipment Make/Model | Service/Task | Service Frequency | Period Charge | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|
| ILWEST | 588A Salon Blonde | 1643 W North Ave | Chicago | IL | | NCR 5305 | ATM Cash Service | 2x Week | $438.00 | |
| ILCHIC | 588A Salon Blonde | 1643 W North Ave | Chicago | IL | | NCR 5305 | ATM First Line Maint. | 2x Week | $375.00 | |
| ILWEST | 588A Salon Blonde | 1643 W North Ave | Chicago | IL | | NCR 5305 | ATM Supply Service (Flat) | 2x Week | $75.00 | |
| | 588A TOTALS | | | | | | | | | $0.00 |
| ILWEST | 564C Gold Coast Fitness | 1030 N Clark St | Chicago | IL | | NCR 5670 | ATM Cash Service | 2x Week | $438.00 | |
| ILCHIC | 564C Gold Coast Fitness | 1030 N Clark St | Chicago | IL | | NCR 5670 | ATM First Line Maint. | Unlimited | $375.00 | |
| ILWEST | 564C Gold Coast Fitness | 1030 N Clark St | Chicago | IL | | NCR 5670 | ATM Supply Service (Flat) | Monthly | $75.00 | |
| ILWEST | 564C Gold Coast Fitness | 1030 N Clark St | Chicago | IL | | NCR 5670 | Security Access Fee | 2x Week | $5.00 | |
| | 564C TOTALS | | | | | | | | $694.00 | $0.56 |
| ILCHIC | 49E4 Diamond Bank FSB | 100 W North Ave | Chicago | IL | | NCR 5988 | ATM First Line Maint. | Unlimited | $375.00 | |
| ILWEST | 435D Northside Cafe | 1836 N Damen Ave | Chicago | IL | | NCR 5887 | ATM Cash Service | 2x Week | $438.00 | |
| ILCHIC | 435D Northside Cafe | 1836 N Damen Ave | Chicago | IL | | NCR 5887 | ATM First Line Maint. | Unlimited | $375.00 | |
| ILWEST | 435D Northside Cafe | 1836 N Damen Ave | Chicago | IL | | NCR 5887 | ATM Supply Service (Flat) | Monthly | $75.00 | |
| | 435D TOTALS | | | | | | | | $888.00 | $0.00 |
| ILNORT | 28E0 Branch | 8820 Niles Center Rd | Skokie | IL | | FUJITSU 7020 | ATM First Line Maint. | Unlimited | $375.00 | |
| FUEL | IVC0115649 TOTALS Fuel Surcharge 5 ATMs | | | | | | 6.50% Fuel Surcharge: | | $222.30 | |

| | |
|---|---|
| Subtotal: | $3,642.30 |
| 8.25% IL......SS / IL Sales Tax: | $0.38 |
| 1.25% ILCHIC/CHTS / CHICAGO, COOK IL Sales Tax: | $0.08 |
| 0.75% ILCOOK-LS / (RTA) REGIONAL TRANS. AUTH.: C Sales Tax: | $0.05 |
| 0.75% ILCOOK-NS / COOK IL Sales Tax: | $0.05 |
| Total Amount: | $3,642.86 |

Cole Dep DPR000041

**From:** Brett Sand
**Sent:** Thursday, April 17, 2008 10:17 AM
**To:** Dana Collier; Jagruti Patel
**Cc:** Diana Farlinger; Simone Y. Gatlin; Kimberly Cole
**Subject:** FW: 0306600 Apr 08 Flat invoice

**Attachments:** 200804-Flat Qtrly.xls

Brett D. Sand
Credit Analyst
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Michael Harper [mailto:Michael.Harper@pendum.com]
**Sent:** Thursday, April 17, 2008 10:16 AM
**To:** Brett Sand
**Subject:** 0306600 Apr 08 Flat invoice

Michael Harper
Pendum, Inc
Billing Rep
(303) 614-0513

Cole Dep. DBB000042

# Pendum, Inc.

(formerly EFMARK-Premium-Bantek-Wilson)
PO Box 712142
Cincinnati, OH 45271-2142
Phone: (303) 614-4729 Fax: (303) 614-4780

## *** INVOICE ***

attn: Brett Sand
Diamond Bank
100 W North Ave
Chicago, IL 60610-1303

**April 2008 Quarterly Service Invoice**

PLEASE REFER TO INVOICE NUMBER ON YOUR REMITTANCE ADVICE

Cust ID: 0306600
Date: 4/9/2008
Inv Nbr: IVC0115649

| Market | Equipment ID | Location Name | Address | City | St | Cost Center | Equipment Make/Model | Service Task | Service Frequency | Period Charge | Taxable |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ILWEST | 588A | Salon Blonde | 1643 W North Ave | Chicago | IL | | NCR 5305 | ATM Cash Service | 2x Week | $438.00 | |
| ILCHIC | 588A | Salon Blonde | 1643 W North Ave | Chicago | IL | | NCR 5305 | ATM First Line Maint. | Unlimited | $375.00 | |
| ILWEST | 588A | Salon Blonde | 1643 W North Ave | Chicago | IL | | NCR 5305 | ATM Supply Service (Flat) | 2x Week | $75.00 | |
| | | 588A TOTALS | | | | | | | | $888.00 | $0.00 |
| ILWEST | 564C | Gold Coast Fitness | 1030 N Clark St | Chicago | IL | | NCR 5670 | ATM Cash Service | 2x Week | $438.00 | |
| ILCHIC | 564C | Gold Coast Fitness | 1030 N Clark St | Chicago | IL | | NCR 5670 | ATM First Line Maint. | Unlimited | $375.00 | |
| ILWEST | 564C | Gold Coast Fitness | 1030 N Clark St | Chicago | IL | | NCR 5670 | ATM Supply Service (Flat) | Monthly | $75.00 | |
| ILWEST | 564C | Gold Coast Fitness | 1030 N Clark St | Chicago | IL | | NCR 5670 | Security Access Fee | 2x Week | $6.00 | $0.56 |
| | | 564C TOTALS | | | | | | | | $894.00 | $0.56 |
| ILCHIC | 49E4 | Diamond Bank FSB | 100 W North Ave | Chicago | IL | | NCR 5888 | ATM First Line Maint. | Unlimited | $375.00 | |
| ILWEST | 435D | Northside Cafe | 1635 N Damen Ave | Chicago | IL | | NCR 5887 | ATM Cash Service | 2x Week | $438.00 | |
| ILCHIC | 435D | Northside Cafe | 1635 N Damen Ave | Chicago | IL | | NCR 5887 | ATM First Line Maint. | Unlimited | $375.00 | |
| ILWEST | 435D | Northside Cafe | 1635 N Damen Ave | Chicago | IL | | NCR 5887 | ATM Supply Service (Flat) | Monthly | $75.00 | |
| | | 435D TOTALS | | | | | | | | $888.00 | $0.00 |
| ILNORT | 2BE0 | Branch | 8820 Niles Center Rd | Skokie | IL | | FUJITSU 7020 | ATM First Line Maint. | Unlimited | $375.00 | |
| FUEL | | Fuel Surcharge | | | | | | 6.50% Fuel Surcharge: | | $222.30 | |
| | IVC0115649 TOTALS | 5 ATMs | | | | | | | | $3,642.30 | |

Subtotal: $3,642.30
6.25% IL____SS / IL Sales Tax: $0.38
1.25% ILCHIC01TS / CHICAGO, COOK IL Sales Tax: $0.08
0.75% ILCOOK.LS / (RTA) REGIONAL TRANS. AUTH.; C Sales Tax: $0.05
0.75% ILCOOK.NS / COOK IL Sales Tax: $0.05
Total Amount: $3,642.86

Page 1 of 1

Cole Dep DPR000043

**From:** Brett Sand
**Sent:** Wednesday, February 20, 2008 2:28 PM
**To:** Kimberly Cole; Andrea Shibe; Akiba Barberousse
**Subject:** FW: Issuer Direct ***************

**Importance:** High

**Attachments:** Issuer Direct - System Requirements03 2006.pdf
Below is the link for the Fifth Third Direct (aka Issuer Direct) webinar.

If you need additional help, please let me know.

Thanks

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Oliver, Terri [mailto:Terri.Oliver@53.com]
**Sent:** Wednesday, August 16, 2006 8:48 AM
**Subject:** Issuer Direct ***************

All ~

Have you been waiting for a card management tool that provides complete online card support with the convenience of user-friendly screens and enhanced features in a windows-based, point and click environment?

Good news!

Your wait is over because Fifth Third's Issuer Direct is here!

In the coming weeks, your financial institution will be set up to access Issuer Direct through your existing Fifth Third Direct connection. You can expect to receive new files to download when you log on to Fifth Third Direct and new options to appear under the ATM and Card tab. Please review the attached Issuer Direct System Requirements to make sure your system meets the minimum hardware and software needed for Issuer Direct.

Cole Dep DBR 000044

We are pleased to offer you on-line, on-demand training for Issuer Direct through our eLearning program. Please navigate to http://host1.centrax.com/53/issuerdirect/ to learn about Issuer Direct at your convenience. Menu EFT will continue to be available while you are learning to use Issuer Direct.

We are excited about the advanced functionality and innovative screens in Issuer Direct, and we are confident it will help your financial institution provide the very best card support for your customers. For more information about Issuer Direct, please refer to the attached Issuer Direct product summary.

All 5/3 Direct User Ids that currently have access to the HOST ACCESS system (i.e. MENU EFT) will now has access to Issuer Direct.

If you have any questions, please ask. Have a great day!

**Terri A. Oliver,**
Relationship Manager
Fifth Third Bank Processing Solutions
9400 South Cicero Avenue
Oak Lawn, Illinois 60453
mail drop G25151
t:708.857.3415
f:708.636.2193
terri.oliver@53.com

This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

Cole Dep DRR 000045

**From:** Brett Sand
**Sent:** Tuesday, February 19, 2008 9:19 AM
**To:** Diana Farlinger; Simone Y. Gatlin
**Cc:** Kimberly Cole
**Subject:** FW: Pendum (formerly Bantek West, Inc. and EFMARK-Premium Armored) SMS+ Customer Conversion eAccess Update

**Importance:** High

**Attachments:** eAccess-CustomerContactTemplate.xls

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Mawiah Williams [mailto:Mawiah.Williams@pendum.com]
**Sent:** Monday, February 18, 2008 3:18 PM
**To:** Barbara Langkamp; Sandra Hudson
**Cc:** Mawiah Williams
**Subject:** Pendum (formerly Bantek West, Inc. and EFMARK-Premium Armored) SMS+ Customer Conversion eAccess Update
**Importance:** High

## ATTENTION CUSTOMERS
## You have been blind copied on this email.

Dear Customer,

Pendum, Inc (formerly Bantek West, Inc. and EFMARK-Premium Armored) continues to make enhancements to its operational infrastructure in an effort to bring you more consistent and responsive service.

One such change has been to standardize to one central platform for our call center and billing processes. You have been successfully converted to the new, more enhanced and robust, central database platform, **Service Management System Plus (SMS+)**. Thank you for your continued cooperation and patience during the conversion.

One of the great features of this new system is that it serves as the backbone of our newer, more enhanced and robust customer web interface. That interface is called the eAccess Customer Web Portal. Many of you are already utilizing this important tool and we welcome your feedback on it. Please send in any comments,

ColeDepDBR000046

questions or concerns on it to SMSConversion@Pendum.com.

For many of you, this is not your first exposure to the eAccess Customer Web Portal; you may have been a user of our older eAccess site: https://eaccess.efmark.com/eaccess/.

This notice is to inform you of the deactivation of the old website as of **March 1, 2008** (3/1/2008). Once the site is deactivated you will not be able to access it for *any* reason at all. After that date you will *only* be able to access the *new* website at:

# https://eaccess.pendum.com/

If you need access to historical information on service calls, please contact your Relationship Manager and they will be able to provide that information for you. If you are unaware of whom your Relationship Manager might be, please send an email to Barbara Langkamp at Barbara.Langkamp@pendum.com and Sandra Hudson at Sandra.Hudson@pendum.com; they will provide you with your Relationship Manager contact information.

You log-in information will not carry over to the new site. If you would like to use the new site for the first time, or add/delete any users if you are an existing user, please fill out and return the attached form to SMSConversion@Pendum.com. We will get you processed and up on the new site immediately. Additionally, training can be scheduled for you, on the new site, at any time; just let us know your preferences.

If you have any further questions or concerns, please feel free to contact us at SMSConversion@Pendum.com.

Thanking you once again for your continued cooperation and patronage.

**Mawiah Williams**
SMS+ Conversion Team
**Pendum, Inc., "The Value of One!"**
(630) 654-6757 phone
(630) 789-3216 fax
mawiah.williams@pendum.com
www.pendum.com



# Pendum, Inc. SMS/eAccess Web Portal Security Authorization Form:

Pendum
The Value Of One™

**Customer Name:** _____

**Account Number:** _____

**Relationship Mgr:** _____

*(Enter each eAccess website users' name, phone, e-mail address and site authorization levels in the fields provided below)*

*Note: Default rights for any user who can logon to the eAccess site will include the ability to view service call requests in a read-only manner.*

| End User Full Name | Email/Telephone | Email Address | Create New / Cancel Service Requests & Edit Service Call Requests | Service Request Reporting | Armored Tranship Reporting Account | Cash Orders / First Line / Maintenance Account Balances |
|---|---|---|---|---|---|---|
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |
| | | | □ | □ | □ | □ |

CONFIDENTIAL DOCUMENT ▪ FOR USE BY PENDUM, INC. EMPLOYEES AND CUSTOMERS ONLY

Cole Dep DPR000048

**From:** Brett Sand
**Sent:** Friday, February 01, 2008 5:53 PM
**To:** Jason Hendricksen; Shirley Davis
**Cc:** Kimberly Cole
**Subject:** Meeting

Jason and Shirley,

During your visit this month our C.O.O., Kimberly Cole, was unavailable to join our meeting. I would like to see if the two of you are able to schedule another meeting for sometime in February where you can meet with Kim as well as some other employees of the bank who may be taking a more hands-on approach to the bank's ATM Operations.

Please contact Kimberly Cole with information about when you may be able to meet with her. I will be transitioning to a new role in the bank, but will still be available for ATM support when needed.

If you have any questions, please let me know or you may contact Ms. Cole directly.

Thank you very much for all of your assistance during these past two years!
Brett

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Brett Sand
**Sent:** Tuesday, November 27, 2007 2:48 PM
**To:** Kimberly Cole
**Subject:** Fifth Third

**Attachments:** Jessica Malone; Terri A. Oliver

Kim,

I once again received voice mail from both contacts at Fifth Third. I have been asking that invoices from 2006 and 2007 be faxed or emailed to my attention, so hopefully they are working on this now.

In the mean time, I will manually look through all invoices in Accounting to at least provide some information to work with.

I apologize that this has not been completed quicker.

-Brett

(I have included the contact information from our reps, in case you have better luck. Jessica Malone is our current rep and Terri Oliver is our former rep who was recently promoted)

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

file:///C:/Documents%20and%20Settings/Mark/Local%20Settings/

**From:** Brett Sand
**Sent:** Friday, November 16, 2007 3:52 PM
**To:** Kimberly Cole
**Subject:** RE: ATM Fee Notices

From this attachment, Thomas Compliance was obviously wrong because it points out that the notification must be placed in both locations.

I contacted the District Court and the case was filed on November 12, 2007.

I had Cathy order stickers for all of our machines and I will personally place the stickers on all of our machines. I am still researching the Reg E penalties and will provide an update when I have more information.

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Kimberly Cole
**Sent:** Friday, November 16, 2007 3:09 AM
**To:** Brett Sand
**Subject:** FW: ATM Fee Notices

Brett,

What was the result of your discussion with Tom last night?

Thanks,
Kimberly Cole
Senior Vice President & Chief Operating Officer
Diamond Bank, FSB
100 W. North Avenue (at Clark)
Chicago, IL 60610
312.649.5021 (Work)
312.371.4056 (Mobile)
312.664.4289 (Fax)
kcole@dbdiamond.com
www.dbdiamond.com

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this*

Cole Dep DPR000051
6/17/2008 3:15 PM

*e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Brett Sand
**Sent:** Thursday, November 15, 2007 6:10 PM
**To:** Kimberly Cole
**Cc:** Jim Hubbard
**Subject:** FW: ATM Fee Notices

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Tom Thomas [mailto:tom_thomas@tcaregs.com]
**Sent:** Thursday, November 15, 2007 6:02 PM
**To:** Brett Sand
**Subject:** ATM Fee Notices

Brett, hear is the source I was referencing in our discussion. Call if need additional assistance. Tom

FED-REGS, BANK-COMPLIANCE, **12 CFR §205.16 Disclosures at automated teller machines.**

**12 CFR §205.16**

**Disclosures at automated teller machines.**

(a) Definition. Automated teller machine operator means any person that operates an automated teller machine at which a consumer initiates an electronic fund transfer or a balance inquiry and that does not hold the account to or from which the transfer is made, or about which an inquiry is made.

(b) General. An automated teller machine operator that imposes a fee on a consumer for initiating an electronic fund transfer or a balance inquiry shall:

Cole Dep DPR000052
6/17/2008 3:15 PM

(1) Provide notice that a fee will be imposed for providing electronic fund transfer services or a balance inquiry; and

(2) Disclose the amount of the fee.

(c) *Notice requirement*. To meet the requirements of paragraph (b) of this section, an automated teller machine operator must comply with the following:

(1) On the machine. Post in a prominent and conspicuous location on or at the automated teller machine a notice that:

     (i) A fee will be imposed for providing electronic fund transfer services or for a balance inquiry; or

     (ii) A fee may be imposed for providing electronic fund transfer services or for a balance inquiry, but the notice in this paragraph (c)(1)(ii) may be substituted for the notice in paragraph (c)(1)(i) only if there are circumstances under which a fee will not be imposed for such services; and

(2) *Screen or paper notice*. Provide the notice required by paragraphs (b)(1) and (b)(2) of this section either by showing it on the screen of the automated teller machine or by providing it on paper, before the consumer is committed to paying a fee.

(d) Temporary exemption. Through December 31, 2004, the notice requirement in paragraph (c)(2) of this section does not apply to any automated teller machine that lacks the technical capability to provide such information.

(e) Imposition of fee. An automated teller machine operator may impose a fee on a consumer for initiating an electronic fund transfer or a balance inquiry only if

(1) The consumer is provided the notices required under paragraph (c) of this section, and

(2) The consumer elects to continue the transaction or inquiry after receiving such notices.

    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Official Staff Commentary: 12 CFR 205.16

Section 205.16 —Disclosures at Automated Teller Machines16(b) GeneralParagraph 16(b)(1)1. *Specific notices*. An ATM operator that imposes a fee for a specific type of transaction —such as for a cash withdrawal, but not for a balance inquiry, or for some cash withdrawals, but not for others (such as where the card was issued by a foreign bank or by a card issuer that has entered into a special contractual relationship with the ATM operator regarding surcharges) —may provide a notice on or at the ATM that a fee will be imposed or a notice that a fee may be imposed for providing EFT services or may specify the type of EFT for which a fee is imposed. If, however, a fee will be imposed in all instances, the notice must state that a fee will be imposed.

Cole Dep DPR000053
6/17/2008 3:15 PM

*O. Tom Thomas*
**Managing Principal/CEO**
TCA, Inc.
2846 N. Mildred Ave. Suite 150
Chicago, IL  60657
800-934-7347
773-525-8507 (Fax)
www.tcaregs.com

*CONFIDENTIALITY NOTE:* *This communication and any attachments included herein contain information that belongs to THOMAS COMPLIANCE ASSOCIATES, INC., that may be confidential, legally privileged and/or a trade secret. Its unauthorized disclosure, copying or distribution is strictly prohibited. If you have received this communication in error please delete or destroy it and notify the sender immediately. THOMAS COMPLIANCE ASSOCIATES, INC., will not be liable for any damages resulting from any modification or falsification of an e-mail that is originated by us. Moreover, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we cannot assure that such is indeed the case and disclaim any responsibility attributable thereto.*

Cole Dep DPR000054

**From:** Brett Sand
**Sent:** Friday, November 16, 2007 9:21 AM
**To:** Kimberly Cole
**Subject:** RE: ATM Fee Notices

Kim,

The attachment was the information I received from Tom at Thomas Compliance. On the phone he informed me that fee notification can be displayed either on the physical machine or via an electronic notification on the screen. We currently have notification on the terminal screen while a non-customer is performing a transaction.

I will research the Reg E information this morning, as well as order stickers and contact the district court.

-Brett

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Kimberly Cole
**Sent:** Friday, November 16, 2007 3:09 AM
**To:** Brett Sand
**Subject:** FW: ATM Fee Notices

Brett,

What was the result of your discussion with Tom last night?

Thanks,
Kimberly Cole
Senior Vice President & Chief Operating Officer
Diamond Bank, FSB
100 W. North Avenue (at Clark)
Chicago, IL 60610
312.649.5021 (Work)
312.371.4056 (Mobile)
312.664.4289 (Fax)
kcole@dbdiamond.com
www.dbdiamond.com

Cole Dep DPR000055
6/17/2008 3:14 PM

file:///C:/Documents%20and%20Settings/Mark/Local%20Settings/.

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Brett Sand
**Sent:** Thursday, November 15, 2007 6:10 PM
**To:** Kimberly Cole
**Cc:** Jim Hubbard
**Subject:** FW: ATM Fee Notices

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Tom Thomas [mailto:tom_thomas@tcaregs.com]
**Sent:** Thursday, November 15, 2007 6:02 PM
**To:** Brett Sand
**Subject:** ATM Fee Notices

Brett, hear is the source I was referencing in our discussion. Call if need additional assistance. Tom

**FED-REGS, BANK-COMPLIANCE, 12 CFR §205.16 Disclosures at automated teller machines.**

**12 CFR §205.16**

**Disclosures at automated teller machines.**

(a) Definition. Automated teller machine operator means any person that operates an automated teller machine at which a consumer initiates an electronic fund transfer or a balance inquiry and that does not hold the account to or from which the transfer is made, or about which an inquiry is made.

(b) General. An automated teller machine operator that imposes a fee on a consumer for initiating an

Cole Dep DPR000056

file:///C:/Documents%20and%20Settings/Mark/Local%20Settings/.

electronic fund transfer or a balance inquiry shall:

(1) Provide notice that a fee will be imposed for providing electronic fund transfer services or a balance inquiry; and

(2) Disclose the amount of the fee.

(c) *Notice requirement.* To meet the requirements of paragraph (b) of this section, an automated teller machine operator must comply with the following:

(1) On the machine. Post in a prominent and conspicuous location on or at the automated teller machine a notice that:

    (i) A fee will be imposed for providing electronic fund transfer services or for a balance inquiry; or

    (ii) A fee may be imposed for providing electronic fund transfer services or for a balance inquiry, but the notice in this paragraph (c)(1)(ii) may be substituted for the notice in paragraph (c)(1)(i) only if there are circumstances under which a fee will not be imposed for such services; and

(2) *Screen or paper notice.* Provide the notice required by paragraphs (b)(1) and (b)(2) of this section either by showing it on the screen of the automated teller machine or by providing it on paper, before the consumer is committed to paying a fee.

(d) Temporary exemption. Through December 31, 2004, the notice requirement in paragraph (c)(2) of this section does not apply to any automated teller machine that lacks the technical capability to provide such information.

(e) Imposition of fee. An automated teller machine operator may impose a fee on a consumer for initiating an electronic fund transfer or a balance inquiry only if

(1) The consumer is provided the notices required under paragraph (c) of this section, and

(2) The consumer elects to continue the transaction or inquiry after receiving such notices.

**************************************

## Official Staff Commentary: 12 CFR 205.16

Section 205.16 —Disclosures at Automated Teller Machines 16(b) General Paragraph 16(b)(1)1. *Specific notices.* An ATM operator that imposes a fee for a specific type of transaction —such as for a cash withdrawal, but not for a balance inquiry, or for some cash withdrawals, but not for others (such as where the card was issued by a foreign bank or by a card issuer that has entered into a special contractual relationship with the ATM operator regarding surcharges) —may provide a notice on or at the ATM that a fee will be imposed or a notice that a fee may be imposed for providing EFT services or may specify the type of EFT for which a fee is imposed. If, however, a fee will be imposed in all instances, the notice must state that a fee will be imposed.

Cole Dep DPR000057
6/17/2008 3:14 PM

*O. Tom Thomas*

**Managing Principal/CEO**
TCA, Inc.
2846 N. Mildred Ave. Suite 150
Chicago, IL  60657
800-934-7347
773-525-8507 (Fax)
www.tcaregs.com

**CONFIDENTIALITY NOTE:** This communication and any attachments included herein contain information that belongs to THOMAS COMPLIANCE ASSOCIATES, INC., that may be confidential, legally privileged and/or a trade secret. Its unauthorized disclosure, copying or distribution is strictly prohibited. If you have received this communication in error please delete or destroy it and notify the sender immediately. THOMAS COMPLIANCE ASSOCIATES, INC., will not be liable for any damages resulting from any modification or falsification of an e-mail that is originated by us. Moreover, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we cannot assure that such is indeed the case and disclaim any responsibility attributable thereto.

file:///C:/Documents%20and%20Settings/Mark/Local%20Settings/.

**From:** Brett Sand
**Sent:** Thursday, November 15, 2007 6:10 PM
**To:** Kimberly Cole
**Cc:** Jim Hubbard
**Subject:** FW: ATM Fee Notices

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Tom Thomas [mailto:tom_thomas@tcaregs.com]
**Sent:** Thursday, November 15, 2007 6:02 PM
**To:** Brett Sand
**Subject:** ATM Fee Notices

Brett, hear is the source I was referencing in our discussion. Call if need additional assistance. Tom

FED-REGS, BANK-COMPLIANCE, **12 CFR §205.16 Disclosures at automated teller machines.**

**12 CFR §205.16**

**Disclosures at automated teller machines.**

(a) Definition. Automated teller machine operator means any person that operates an automated teller machine at which a consumer initiates an electronic fund transfer or a balance inquiry and that does not hold the account to or from which the transfer is made, or about which an inquiry is made.

(b) General. An automated teller machine operator that imposes a fee on a consumer for initiating an electronic fund transfer or a balance inquiry shall:

(1) Provide notice that a fee will be imposed for providing electronic fund transfer services or a balance inquiry; and

(2) Disclose the amount of the fee.

Cole Dep DPR000059