(c) *Notice requirement.* To meet the requirements of paragraph (b) of this section, an automated teller machine operator must comply with the following:

(1) On the machine. Post in a prominent and conspicuous location on or at the automated teller machine a notice that:

> (i) A fee will be imposed for providing electronic fund transfer services or for a balance inquiry; or

> (ii) A fee may be imposed for providing electronic fund transfer services or for a balance inquiry, but the notice in this paragraph (c)(1)(ii) may be substituted for the notice in paragraph (c)(1)(i) only if there are circumstances under which a fee will not be imposed for such services; and

(2) *Screen or paper notice.* Provide the notice required by paragraphs (b)(1) and (b)(2) of this section either by showing it on the screen of the automated teller machine or by providing it on paper, before the consumer is committed to paying a fee.

(d) Temporary exemption. Through December 31, 2004, the notice requirement in paragraph (c)(2) of this section does not apply to any automated teller machine that lacks the technical capability to provide such information.

(e) Imposition of fee. An automated teller machine operator may impose a fee on a consumer for initiating an electronic fund transfer or a balance inquiry only if

(1) The consumer is provided the notices required under paragraph (c) of this section, and

(2) The consumer elects to continue the transaction or inquiry after receiving such notices.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Official Staff Commentary: 12 CFR 205.16**

Section 205.16 —Disclosures at Automated Teller Machines16(b) GeneralParagraph 16(b)(1)1. *Specific notices.* An ATM operator that imposes a fee for a specific type of transaction —such as for a cash withdrawal, but not for a balance inquiry, or for some cash withdrawals, but not for others (such as where the card was issued by a foreign bank or by a card issuer that has entered into a special contractual relationship with the ATM operator regarding surcharges) —may provide a notice on or at the ATM that a fee will be imposed or a notice that a fee may be imposed for providing EFT services or may specify the type of EFT for which a fee is imposed. If, however, a fee will be imposed in all instances, the notice must state that a fee will be imposed.

*O. Tom Thomas*
**Managing Principal/CEO**
TCA, Inc.
2846 N. Mildred Ave. Suite 150
Chicago, IL  60657

Cole Dep DPR000060

800-934-7347
773-525-8507 (Fax)
www.tcaregs.com

**CONFIDENTIALITY NOTE:** This communication and any attachments included herein contain information that belongs to *THOMAS COMPLIANCE ASSOCIATES, INC.,* that may be confidential, legally privileged and/or a trade secret. Its unauthorized disclosure, copying or distribution is strictly prohibited. If you have received this communication in error please delete or destroy it and notify the sender immediately. *THOMAS COMPLIANCE ASSOCIATES, INC.,* will not be liable for any damages resulting from any modification or falsification of an e-mail that is originated by us. Moreover, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we cannot assure that such is indeed the case and disclaim any responsibility attributable thereto.

Cole Dep DPR000061

6/17/2008 3:15 PM

Will do! It will take about a week to a week and a half.

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, December 11, 2007 8:53 AM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Ok. Please go ahead with the order.

Thank you!

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamond bank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, December 11, 2007 9:51 AM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Oh good. Qty 3 will change the price to 21.08 each.

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, December 11, 2007 8:26 AM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

That looks great; however, I will only need three of these stickers. Will that affect cost much?

Brett D. Sand

Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, December 11, 2007 9:24 AM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Beautiful! How about this? How many do you need? 5? It would be $15.04/each for 5. Let me know.

Thanks,

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, December 11, 2007 7:48 AM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

I had a great time. Thank you.

I have attached one of our logo files that contain three separate options that could be used. I would prefer the top one, but whatever works with the space we have.

Thanks!

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the*

*addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, December 11, 2007 8:41 AM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Hi Brett!

Hope you had a nice time.

Sure, would you like to put your logo? Let me know, I just need an Adobe Illustrator file or and EPS file.

Thanks,

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

---

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Monday, December 10, 2007 12:23 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Hi Holli,

I am sorry I was unable to get back to you earlier, but I was away on vacation.

I like the vertical style the best. Is there any way to add "Diamond Bank" to the top?

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

---

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Friday, November 30, 2007 3:14 PM

Cole Dep DPR000064

**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Here are a few ideas on size. Let me know what you think.

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

---

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Thursday, November 29, 2007 9:54 AM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Holli,

I forgot to mention earlier, but please make this new sticker smaller than the fee notice. Perhaps, the same height but thinner.

Thanks.

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamondbank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

---

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Wednesday, November 28, 2007 3:34 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

This is great news! Let me put the rendering together. I'll be back with you shortly.

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

---

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 3:56 PM

Cole Dep DPR000065

**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Holli,

I just received an email confirming shipment of the ATM decals. Thank you very much for your assistance!

I have another request I was hoping you could assist with. There is a second sticker I would like to order. The information is below:

Availability of Deposit

Funds from deposits may not be available for immediate withdrawal. Please refer to your institution's rules governing funds availability for details.

If you could please send me a proof, I would appreciate it. Thanks!

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamond bank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, November 27, 2007 2:53 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Perfect. I just submitted the order. Thanks so much!

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 1:38 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

No problem at all. I'm just glad that we were able to catch it!

This looks perfect. Please go ahead and order these stickers and I will wait for the final copy to arrive when it is available.

Cole Dep DPR000066

Thank you

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamond bank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, November 27, 2007 2:36 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Well I am a little embarrassed! ☺ Here is an updated rendering. I checked with our manufacturing dept, and we can get these made and sent out pretty quickly. We could 2-day it which will not affect pricing on the shipping much at all.

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 12:44 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing
**Importance:** High

Holli,

I just noticed that DIAMOND is misspelled. Please make this correct on the final copies.

Thank you

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

Cole Dep DPR000067



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Monday, November 26, 2007 3:40 PM
**To:** Brett Sand
**Subject:** Fee Notice Art and Pricing

Hi Brett,

Here is the layout for the fee notices I promised you last week. (Sorry I'm late!) If you want to change any of the verbiage, just let me know.

Thanks!

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

Oh good. Qty 3 will change the price to 21.08 each.

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, December 11, 2007 8:26 AM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

That looks great; however, I will only need three of these stickers. Will that affect cost much?

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamond bank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, December 11, 2007 9:24 AM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Beautiful! How about this? How many do you need? 5? It would be $15.04/each for 5. Let me know.

Thanks,

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, December 11, 2007 7:48 AM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

I had a great time. Thank you.

I have attached one of our logo files that contain three separate options that could be used. I would prefer the top

Cole Dep DPR000069

one, but whatever works with the space we have.

Thanks!

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, December 11, 2007 8:41 AM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Hi Brett!

Hope you had a nice time.

Sure, would you like to put your logo? Let me know, I just need an Adobe Illustrator file or and EPS file.

Thanks,

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Monday, December 10, 2007 12:23 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Hi Holli,

I am sorry I was unable to get back to you earlier, but I was away on vacation.

I like the vertical style the best. Is there any way to add "Diamond Bank" to the top?

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610

312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamond bank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Friday, November 30, 2007 3:14 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Here are a few ideas on size. Let me know what you think.

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Thursday, November 29, 2007 9:54 AM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Holli,

I forgot to mention earlier, but please make this new sticker smaller than the fee notice. Perhaps, the same height but thinner.

Thanks.

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamond bank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Wednesday, November 28, 2007 3:34 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

This is great news! Let me put the rendering together. I'll be back with you shortly.

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

---

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 3:56 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Holli,

I just received an email confirming shipment of the ATM decals. Thank you very much for your assistance!

I have another request I was hoping you could assist with. There is a second sticker I would like to order. The information is below:

Availability of Deposit

Funds from deposits may not be available for immediate withdrawal. Please refer to your institution's rules governing funds availability for details.

If you could please send me a proof, I would appreciate it. Thanks!

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamondbank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

---

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, November 27, 2007 2:53 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Perfect. I just submitted the order. Thanks so much!

Cole Dep DPR000072

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 1:38 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

No problem at all. I'm just glad that we were able to catch it!

This looks perfect. Please go ahead and order these stickers and I will wait for the final copy to arrive when it is available.

Thank you

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamond bank** ☺

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, November 27, 2007 2:36 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Well I am a little embarrassed! ☺ Here is an updated rendering. I checked with our manufacturing dept, and we can get these made and sent out pretty quickly. We could 2-day it which will not affect pricing on the shipping much at all.

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 12:44 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing
**Importance:** High

Cole Dep DPR000073

Holli,

I just noticed that DIAMOND is misspelled. Please make this correct on the final copies.

Thank you

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Monday, November 26, 2007 3:40 PM
**To:** Brett Sand
**Subject:** Fee Notice Art and Pricing

Hi Brett,

Here is the layout for the fee notices I promised you last week. (Sorry I'm late!) If you want to change any of the verbiage, just let me know.

Thanks!

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

Cole Dep DPR000074

Beautiful! How about this? How many do you need? 5? It would be $15.04/each for 5. Let me know.

Thanks,

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

---

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, December 11, 2007 7:48 AM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

I had a great time. Thank you.

I have attached one of our logo files that contain three separate options that could be used. I would prefer the top one, but whatever works with the space we have.

Thanks!

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

---

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, December 11, 2007 8:41 AM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Hi Brett!

Hope you had a nice time.

Sure, would you like to put your logo? Let me know, I just need an Adobe Illustrator file or and EPS file.

Thanks,

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122

Cole Dep DPR000075

F: 801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Monday, December 10, 2007 12:23 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Hi Holli,

I am sorry I was unable to get back to you earlier, but I was away on vacation.

I like the vertical style the best. Is there any way to add "Diamond Bank" to the top?

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Friday, November 30, 2007 3:14 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Here are a few ideas on size. Let me know what you think.

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Thursday, November 29, 2007 9:54 AM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Holli,

I forgot to mention earlier, but please make this new sticker smaller than the fee notice. Perhaps, the same height but thinner.

Thanks.

   Cole Dep DPR000076

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Wednesday, November 28, 2007 3:34 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

This is great news! Let me put the rendering together. I'll be back with you shortly.

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 3:56 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Holli,

I just received an email confirming shipment of the ATM decals. Thank you very much for your assistance!

I have another request I was hoping you could assist with. There is a second sticker I would like to order. The information is below:

Availability of Deposit

Funds from deposits may not be available for immediate withdrawal. Please refer to your institution's rules governing funds availability for details.

If you could please send me a proof, I would appreciate it. Thanks!

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax

Cole Dep DPR000077

bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, November 27, 2007 2:53 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Perfect. I just submitted the order. Thanks so much!

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 1:38 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

No problem at all. I'm just glad that we were able to catch it!

This looks perfect. Please go ahead and order these stickers and I will wait for the final copy to arrive when it is available.

Thank you

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, November 27, 2007 2:36 PM

Cole Dep DPR000078

**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Well I am a little embarrassed! ☺ Here is an updated rendering. I checked with our manufacturing dept, and we can get these made and sent out pretty quickly. We could 2-day it which will not affect pricing on the shipping much at all.

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 12:44 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing
**Importance:** High

Holli,

I just noticed that DIAMOND is misspelled. Please make this correct on the final copies.

Thank you

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamond bank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Monday, November 26, 2007 3:40 PM
**To:** Brett Sand
**Subject:** Fee Notice Art and Pricing

Hi Brett,

Here is the layout for the fee notices I promised you last week. (Sorry I'm late!) If you want to change any of the verbiage, just let me know.

Thanks!

Holli Mathews

Cole Dep DPR000079

*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

Cole Dep DPR000080



Prepared For: **Diamond Bank**
Date: **December 11, 2007**
Rendering Version: **2**
Page 1 of 1

Description: 2.5"x4" Deposit Notice. Gold PMS 8643 and black on white.



## AVAILABILITY OF DEPOSITS

**Funds from deposits may not be available for immediate withdrawal. Please refer to your institution's rules governing funds availability for details.**

If you have any questions about your rendering please call or email me and I will be available to answer any questions. If you would like to approve this right now, place your signature on the line below and **FAX it back to 801.975.8863.** Thank you.

**Holli Mathews**
*Sales and Marketing Executive*
P: 801.975.8860 ext. 122
C: 801.703.3547
hmathews@ataservices.com

**APPROVAL** _____

Cole Dep DPR000081

Hi Brett!

Hope you had a nice time.

Sure, would you like to put your logo? Let me know, I just need an Adobe Illustrator file or and EPS file.

Thanks,

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Monday, December 10, 2007 12:23 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Hi Holli,

I am sorry I was unable to get back to you earlier, but I was away on vacation.

I like the vertical style the best. Is there any way to add "Diamond Bank" to the top?

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamondbank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Friday, November 30, 2007 3:14 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Here are a few ideas on size. Let me know what you think.

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

Cole Dep DPR000082

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Thursday, November 29, 2007 9:54 AM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Holli,

I forgot to mention earlier, but please make this new sticker smaller than the fee notice. Perhaps, the same height but thinner.

Thanks.

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

 **diamond bank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Wednesday, November 28, 2007 3:34 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

This is great news! Let me put the rendering together. I'll be back with you shortly.

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 3:56 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Holli,

I just received an email confirming shipment of the ATM decals. Thank you very much for your assistance!

I have another request I was hoping you could assist with. There is a second sticker I would like to order. The information is below:

Availability of Deposit

6/16/2008

Cole Dep DPR000083

Funds from deposits may not be available for immediate withdrawal. Please refer to your institution's rules governing funds availability for details.

If you could please send me a proof, I would appreciate it. Thanks!

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, November 27, 2007 2:53 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Perfect. I just submitted the order. Thanks so much!

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 1:38 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

No problem at all. I'm just glad that we were able to catch it!

This looks perfect. Please go ahead and order these stickers and I will wait for the final copy to arrive when it is available.

Thank you

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

6/16/2008

Cole Dep DPR000084

 **diamond bank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, November 27, 2007 2:36 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Well I am a little embarrassed! ☺ Here is an updated rendering. I checked with our manufacturing dept, and we can get these made and sent out pretty quickly. We could 2-day it which will not affect pricing on the shipping much at all.

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 12:44 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing
**Importance:** High

Holli,

I just noticed that DIAMOND is misspelled. Please make this correct on the final copies.

Thank you

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**diamond bank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]

Cole Dep DPR000085

**Sent:** Monday, November 26, 2007 3:40 PM
**To:** Brett Sand
**Subject:** Fee Notice Art and Pricing

Hi Brett,

Here is the layout for the fee notices I promised you last week. (Sorry I'm late!) If you want to change any of the verbiage, just let me know.

Thanks!

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

Cole Dep DPR000086

Here are a few ideas on size. Let me know what you think.

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

---

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Thursday, November 29, 2007 9:54 AM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Holli,

I forgot to mention earlier, but please make this new sticker smaller than the fee notice. Perhaps, the same height but thinner.

Thanks.

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamond bank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Wednesday, November 28, 2007 3:34 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

This is great news! Let me put the rendering together. I'll be back with you shortly.

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

---

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 3:56 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Cole Dep DPR000087

Holli,

I just received an email confirming shipment of the ATM decals. Thank you very much for your assistance!

I have another request I was hoping you could assist with. There is a second sticker I would like to order. The information is below:

> Availability of Deposit
>
> Funds from deposits may not be available for immediate withdrawal. Please refer to your institution's rules governing funds availability for details.

If you could please send me a proof, I would appreciate it. Thanks!

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamond bank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, November 27, 2007 2:53 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Perfect. I just submitted the order. Thanks so much!

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 1:38 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

No problem at all. I'm just glad that we were able to catch it!

This looks perfect. Please go ahead and order these stickers and I will wait for the final copy to arrive when it is available.

Thank you

Brett D. Sand

Cole Dep DPR000088

Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, November 27, 2007 2:36 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Well I am a little embarrassed! ☺ Here is an updated rendering. I checked with our manufacturing dept, and we can get these made and sent out pretty quickly. We could 2-day it which will not affect pricing on the shipping much at all.

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 12:44 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing
**Importance:** High

Holli,

I just noticed that DIAMOND is misspelled. Please make this correct on the final copies.

Thank you

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the*

addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

---

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Monday, November 26, 2007 3:40 PM
**To:** Brett Sand
**Subject:** Fee Notice Art and Pricing

Hi Brett,

Here is the layout for the fee notices I promised you last week. (Sorry I'm late!) If you want to change any of the verbiage, just let me know.

Thanks!

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

This is great news! Let me put the rendering together. I'll be back with you shortly.

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

---

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 3:56 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Holli,

I just received an email confirming shipment of the ATM decals. Thank you very much for your assistance!

I have another request I was hoping you could assist with. There is a second sticker I would like to order. The information is below:

Availability of Deposit

Funds from deposits may not be available for immediate withdrawal. Please refer to your institution's rules governing funds availability for details.

If you could please send me a proof, I would appreciate it. Thanks!

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamond bank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

---

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, November 27, 2007 2:53 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Perfect. I just submitted the order. Thanks so much!

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

Cole Dep DPR000091

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 1:38 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

No problem at all. I'm just glad that we were able to catch it!

This looks perfect. Please go ahead and order these stickers and I will wait for the final copy to arrive when it is available.

Thank you

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, November 27, 2007 2:36 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Well I am a little embarrassed! ☺ Here is an updated rendering. I checked with our manufacturing dept, and we can get these made and sent out pretty quickly. We could 2-day it which will not affect pricing on the shipping much at all.

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 12:44 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing
**Importance:** High

Holli,

I just noticed that DIAMOND is misspelled. Please make this correct on the final copies.

Cole Dep DPR000092

Thank you

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamond bank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Monday, November 26, 2007 3:40 PM
**To:** Brett Sand
**Subject:** Fee Notice Art and Pricing

Hi Brett,

Here is the layout for the fee notices I promised you last week. (Sorry I'm late!) If you want to change any of the verbiage, just let me know.

Thanks!

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

6/16/2008

Cole Dep DPR000093

Perfect. I just submitted the order. Thanks so much!

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 1:38 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

No problem at all. I'm just glad that we were able to catch it!

This looks perfect. Please go ahead and order these stickers and I will wait for the final copy to arrive when it is available.

Thank you

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamond bank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Tuesday, November 27, 2007 2:36 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Well I am a little embarrassed! ☺ Here is an updated rendering. I checked with our manufacturing dept, and we can get these made and sent out pretty quickly. We could 2-day it which will not affect pricing on the shipping much at all.

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 12:44 PM
**To:** Holli Mathews

6/16/2008

Cole Dep DPR000094

**Subject:** RE: Fee Notice Art and Pricing
**Importance:** High

Holli,

I just noticed that DIAMOND is misspelled. Please make this correct on the final copies.

Thank you

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamond bank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Monday, November 26, 2007 3:40 PM
**To:** Brett Sand
**Subject:** Fee Notice Art and Pricing

Hi Brett,

Here is the layout for the fee notices I promised you last week. (Sorry I'm late!) If you want to change any of the verbiage, just let me know.

Thanks!

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

Cole Dep DPR000095

Hhhmmm...Thursday could be pushing it, but let me check. We would definitely have them by the 10th though. I'll get back to you in a bit.

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

---

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 8:58 AM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Thanks, Holli.

I am going to be on vacation all of next week. I wanted to see if it was possible to receive the stickers by Thursday, but I know that would be a lot to ask. As long as I can have the stickers by December 10th, I will be happy.

Thank you again for all of your assistance.

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**diamond bank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

---

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Monday, November 26, 2007 7:28 PM
**To:** Brett Sand
**Subject:** RE: Fee Notice Art and Pricing

Hi Brett. I'll go ahead and get the order started per this email. That will do just fine. There is usually a nominal shipping fee on top of the sticker price. If you think you can wait till the end of this week, we can ship it 2-day on Wednesday or Thursday and keep the cost pretty low. How quickly do you need them? Would you like m to send them to the address below in your signature line?

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

---

**From:** Brett Sand [mailto:bsand@dbdiamond.com]

Cole Dep DPR000096

**Sent:** Monday, November 26, 2007 2:53 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Perfect!

Do I need to sign this sheet to begin the production or will this email be enough to go ahead with the order.

Any additional charge for a rushed shipment? If so, how much and how much or a rush would be available?

Thank you for your help.

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Monday, November 26, 2007 3:40 PM
**To:** Brett Sand
**Subject:** Fee Notice Art and Pricing

Hi Brett,

Here is the layout for the fee notices I promised you last week. (Sorry I'm late!) If you want to change any of the verbiage, just let me know.

Thanks!

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

Cole Dep DPR000097

Brett D. Sand
Credit Analyst
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.664.4289 fax
bsand@dbdiamond.com



*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Troy Labrum [mailto:tlabrum@ataservices.com]
**Sent:** Tuesday, November 27, 2007 3:41 PM
**To:** Brett Sand
**Cc:** Holli Mathews; Troy Labrum; shipping1; Justin Newbold
**Subject:** 5 Fee Notices

Sent (5) Fee Notices as follows:
Your Shipment Details:

Your Shipment Details:

| | |
|---|---|
| Ship to: | Brett Sand |
| | Diamond Bank |
| | 100 W NORTH AVE |
| | CHICAGO, IL  606101303 |
| | US |
| | 3126495006 |
| From: | ATA Shipping Dept. |
| | ATA Services |
| | 2796 S. Redwood Rd |
| | Salt Lake City, UT  84119 |
| | US |
| | 8019758860 |
| Tracking no: | 792461444150 |
| Your reference: | Diamond Bank |
| Ship date: | Nov 27 2007 |
| Service type: | FedEx 2-Day |

Cole Dep DPR000098

**Andrew Bronfeld**

| | |
|---|---|
| **From:** | Holli Mathews [hmathews@ataservices.com] |
| **Sent:** | Monday, November 26, 2007 3:40 PM |
| **To:** | Brett Sand |
| **Subject:** | Fee Notice Art and Pricing |
| **Attachments:** | Fee Notice Rendering 26NOV07 hm.pdf |

Hi Brett,

Here is the layout for the fee notices I promised you last week. (Sorry I'm late!) If you want to change any of the verbiage, just let me know.

Thanks!

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

Cole Dep DPR000099



Prepared For: **Diamond Bank**
Date: November 26, 2007
Rendering Version: 1
Page 1 of 1

Description: 4"x4" Fee notice with 1/8 inch rounded corners and full adhesive on the back. Black text on a white background. Quantity 5. $17.12 each.

# FEE NOTICE

## This fee does not apply to Daimond Bank Cardholders.

Daimond Bank may charge a fee, as indicated on the ATM screen, to U.S. Cardholders for withdrawing cash. This fee is added to the amount of your withdrawal and is in addition to any fees that may be charged by your financial institution.

If you have any questions about your rendering please call or email me and I will be available to answer any questions. If you would like to approve this right now, place your signature on the line below and **FAX it back to 801.975.8863.** Thank you.

**APPROVAL**

**Holli Mathews**
*Sales and Marketing Executive*
P: 801.975.8860 ext. 122
C: 801.703.3547
hmathews@ataservices.com

Cole Dep DPR000100

**Andrew Bronfeld**

**From:**     Holli Mathews [hmathews@ataservices.com]
**Sent:**     Monday, November 26, 2007 7:28 PM
**To:**       Brett Sand
**Subject:**  RE: Fee Notice Art and Pricing

Hi Brett. I'll go ahead and get the order started per this email. That will do just fine. There is usually a nominal shipping fee on top of the sticker price. If you think you can wait till the end of this week, we can ship it 2-day on Wednesday or Thursday and keep the cost pretty low. How quickly do you need them? Would you like m to send them to the address below in your signature line?

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Monday, November 26, 2007 2:53 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing

Perfect!

Do I need to sign this sheet to begin the production or will this email be enough to go ahead with the order.

Any additional charge for a rushed shipment? If so, how much and how much or a rush would be available?

Thank you for your help.

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamond bank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Monday, November 26, 2007 3:40 PM
**To:** Brett Sand
**Subject:** Fee Notice Art and Pricing

Cole Dep DPR000101

Hi Brett,

Here is the layout for the fee notices I promised you last week. (Sorry I'm late!) If you want to change any of the verbiage, just let me know.

Thanks!

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

Cole Dep DPR000102

**Andrew Bronfeld**

| | |
|---|---|
| **From:** | Holli Mathews [hmathews@ataservices.com] |
| **Sent:** | Tuesday, November 27, 2007 2:36 PM |
| **To:** | Brett Sand |
| **Subject:** | RE: Fee Notice Art and Pricing |
| **Attachments:** | Fee Notice Rendering 27NOV07 hm.pdf |

Well I am a little embarrassed! ☺ Here is an updated rendering. I checked with our manufacturing dept, and we can get these made and sent out pretty quickly. We could 2-day it which will not affect pricing on the shipping much at all.

Holli Mathews
*Sales and Marketing Executive*
P: 801-975-8860 ext. 122
F: 801-975-8863
www.ataservices.com

**From:** Brett Sand [mailto:bsand@dbdiamond.com]
**Sent:** Tuesday, November 27, 2007 12:44 PM
**To:** Holli Mathews
**Subject:** RE: Fee Notice Art and Pricing
**Importance:** High

Holli,

I just noticed that DIAMOND is misspelled. Please make this correct on the final copies.

Thank you

Brett D. Sand
Special Projects Coordinator
Diamond Bank, FSB
100 W. North Avenue
Chicago, IL 60610
312.649.5006 tel
312.523.5163 cell
312.664.4289 fax
bsand@dbdiamond.com

**db diamondbank**

*This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.*

**From:** Holli Mathews [mailto:hmathews@ataservices.com]
**Sent:** Monday, November 26, 2007 3:40 PM
**To:** Brett Sand
**Subject:** Fee Notice Art and Pricing

6/16/2008

Cole Dep DPR000103

Hi Brett,

Here is the layout for the fee notices I promised you last week. (Sorry I'm late!) If you want to change any of the verbiage, just let me know.

Thanks!

Holli Mathews
*Sales and Marketing Executive*
P:  801-975-8860 ext. 122
F:  801-975-8863
www.ataservices.com

Cole Dep DPR000104



Prepared For: Diamond Bank
Date: November 27, 2007
Rendering Version: 21
Page 1 of 1

**Description:** 4"x4" Fee notice with 1/8 inch rounded corners and full adhesive on the back. Black text on a white background. Quantity 5. $17.12 each.

# FEE NOTICE

## This fee does not apply to Diamond Bank Cardholders.

Diamond Bank may charge a fee, as indicated on the ATM screen, to U.S. Cardholders for withdrawing cash. This fee is added to the amount of your withdrawal and is in addition to any fees that may be charged by your financial institution.

If you have any questions about your rendering please call or email me and I will be available to answer any questions. If you would like to approve this right now, place your signature on the line below and **FAX it back to 801.975.8863.** Thank you.

**Holli Mathews**
*Sales and Marketing Executive*
P: 801.975.8860 ext. 122
C: 801.703.3547
hmathews@ataservices.com

**APPROVAL** _____

Cole Dep DPR000105

# DPR
# 2
# &
# 4

Cole Dep DPR000106

# ADDENDUM

## TO

### EFMARK Service Agreement

Dated: <u>February 17, 1995</u>

This Addendum dated <u>February 25, 1999</u> between **EFMARK Service Company** and <u>North Federal Savings & Loan</u> of <u>Chicago</u> hereby incorporates all terms and conditions set forth in EFMARK Service Agreement executed on above date to include additional equipment as specified below.  This addendum shall become effective on <u>90 Days From Installation (After Warranty)</u>.

| EQUIPMENT | LOCATION | SERVICE PLAN | ANNUAL PRICE |
|---|---|---|---|
| (1) Fujitsu 7010 | Branch<br>3207 W. Lake St.<br>Wilmette, IL 60091<br>(847) 256-6010 | "B" | $1,800 |

Accepted By:

EFMARK SERVICE COMPANY

_Jason J. Vint_____

_Sales_____ 2/25/99

(TITLE)          (DATE)

MISC\SERVADDE

NORTH FEDERAL SAVINGS & LOAN

_____

_____ V.P.___ 2/25/99

(TITLE)          (DATE)

# ADDENDUM A

## TO ATM MALFUNCTION SERVICE CONTRACT

This Addendum to the ATM malfunction service contract dated <u>June 20, 1997</u> by and between <u>North Federal Savings</u>, United Armored Car, and EFMARK Service Company shall include the ATM equipment as listed below:

| LOCATION | ATM TYPE | HOURS OF SERVICE | MONTHLY COST |
|---|---|---|---|
| Gold Cost Multiplex Fitness Cntr.<br>1030 N. Clark St.<br>Chicago, IL 60610<br>(312) 944-1030 | NCR 5670 | Level "II" | $110 |

**Level "I"**

5:00 P.M. - 11:00 P.M.
Monday - Friday
12:00 NOON - 11:00 P.M.
Saturday
8:30 A.M. - 11:00 P.M.
Sunday

**Level "II"**

8:30 A.M. - 11:00 P.M.
Monday - Sunday

**AGREED TO BY:**

EFMARK SERVICE COMPANY

_Josm T Dordnha_
Sales                          6-20-97

NORTH FEDERAL SAVINGS

_Victor E Cipost_
Executive V.P.                 6/2/97

Cole Dep DPR000108

# ADDENDUM

## TO

### EFMARK Service Agreement

Dated: <u>February 17, 1995</u>

This Addendum dated <u>June 20, 1997</u> between **EFMARK Service Company** and <u>North Federal Savings & Loan</u> of <u>Chicago</u> hereby incorporates all terms and conditions set forth in EFMARK Service Agreement executed on above date to include additional equipment as specified below.  This addendum shall become effective on <u>August 15, 1997</u>.

| EQUIPMENT | LOCATION | SERVICE PLAN | ANNUAL PRICE |
|---|---|---|---|
| (1) NCR 5670 | Gold Coast Multiplex Center<br>1030 N. Clark St.<br>Chicago, IL  60610<br>(312) 944-1030 | "B" | $1,200 |

Accepted By:

EFMARK SERVICE COMPANY

_Jason Hendrickson_

_Sales_                            6-20-97
(TITLE)                         (DATE)

NORTH FEDERAL SAVINGS & LOAN

_Victor S. Cappia_

_Executive V.P._                 6/20/97
(TITLE)                         (DATE)

Cole Dep DPR000109



**EFMARK**
Electronic Funds Marketing System

4470 Paysphere Circle
Chicago, IL 60674
Phone: (630) 654-6787
Fax: (630) 789-9195
billing@efmark.com

# INVOICE

### 293663

SOLD TO  **DIAMOND BANK, FSB**
**100 WEST NORTH AVENUE**

**CHICAGO, IL  60610**

CONTACT  **Brett Sand**

SHIP TO  **DIAMOND BANK, FSB**
**100 WEST NORTH AVENUE**

**CHICAGO, IL  60610**

CONTACT  **Brett Sand**

| DATE | SHIP VIA | CUSTOMER NO. | TERMS |
|------|----------|--------------|-------|
| 07/13/07 | | NFS001 | UPON RECEIPT |

| P.O. NUMBER | | ORDER NUMBER | SALESPERSON |
|-------------|--|--------------|-------------|
| | | 100605 | |

| QTY | TERMINAL | LOCATION | UNIT PRICE | TOTAL PRICE |
|-----|----------|----------|------------|-------------|
| | | HARDWARE MAINTENANCE | | |
| | | Coverage Period  07/01/07  to  06/30/08 | | |
| | | Details attached. | | |

**THANK YOU**

| | | |
|--|--|--|
| | SUBTOTAL | $3,390.00 |
| | Sales Tax | $0.00 |
| | TOTAL | $3,390.00 |

Page 1

Cole Dep DPR000110

*at dable for contract*

# Pendum, Inc.
(formerly EFMARK-Premium-Bantek-Wilson)
PO Box 712142
Cincinnati, OH 45271-2142
Phone: (303) 614-4729 Fax: (303) 614-4780

Cust ID: 0306600
Date: 4/9/2008
Inv Nbr: IVC0115654

## *** INVOICE ***

attn: Bret Sand
Diamond Bank
100 W North Ave
Chicago, IL 60610-1303

Annual Service Invoice for the Period of Apr 1, 2008 - Mar 31, 2009

**PLEASE REFER TO INVOICE NUMBER ON YOUR REMITTANCE ADVICE**

| Mant/Equipment ID | Location Name | Address | City | State | Equipment Make/Model | Service/Merchant | Facility | Period Charge Taxable | Amount |
|---|---|---|---|---|---|---|---|---|---|
| ILCHIC 58BA | Salon Blonde | 1643 W North Ave | Chicago | IL | NCR 5305 | ATM Second Line Maint. | Unlimited | | $1,121.00 |
| ILCHIC 56AC | Gold Coast Fitness | 1030 N Clark St | Chicago | IL | NCR 5670 | ATM Second Line Maint. | Unlimited | | $1,450.00 |
| ILCHIC 56AC | Gold Coast Fitness | 1030 N Clark St | Chicago | IL | NCR 6670 | Triple DES Maintenance | Unlimited | | $156.00 |
| | 56AC TOTALS | | | | | | | | $1,606.00 |
| ILCHIC 49E4 | Diamond Bank FSB | 100 W North Ave | Chicago | IL | NCR 5888 | ATM Second Line Maint. | Unlimited | | $2,216.00 |
| 2LCHIC 435D | Northside Cafe | 1635 N Damen Ave | Chicago | IL | NCR 5887 | ATM Second Line Maint. | Unlimited | | $1,930.00 |
| 1LNORT 28ED | Branch | 8820 Niles Center Rd | Skokie | IL | FUJITSU 7020 | ATM Second Line Maint. | Unlimited | | $2,295.00 |
| 1LNORT 28ED | Branch | 8820 Niles Center Rd | Skokie | IL | FUJITSU 7020 | Triple DES Maintenance | Unlimited | | $156.00 |
| | 28ED TOTALS | | | | | | | | $2,461.00 |
| FUEL | Fuel Surcharge | | | | | | | | $0.00 |
| | NYC0115654 TOTALS | 5 ATMs | | | | | | | $0.00 |

4.00% Fuel Surcharge: $372.96
Subtotal: $9,696.96
Total Amount: $9,696.96

Cole Dep DPR000111

F1

of 1

**Pendum, Inc.**
P.O. Box 712142
Cincinnati, OH 45271-2142
Phone: (303) 614-4762
Fax: (303) 614-4781

# INVOICE

## 260182

SOLD TO: DIAMOND BANK, FSB
100 WEST NORTH AVENUE

CHICAGO, IL 60610

CONTACT: VIC CAPUTO

SHIP TO: DIAMOND BANK, FSB
100 WEST NORTH AVENUE

CHICAGO, IL 60610

CONTACT:

| DATE | SHIP VIA | CUSTOMER NO. | TERMS |
|---|---|---|---|
| 06/01/06 | | NFS001 | UPON RECEIPT |

| P.O. NUMBER | | ORDER NUMBER | SALESPERSON |
|---|---|---|---|
| | | 100605 | |

| QTY | TERMINAL | LOCATION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | | Coverage Period: 07/01/06  to 06/30/07 | | |
| 1.00 | 1230 | NCR/5670 1030 NORTH CLARK STREET,CHICAGO,IL | $1,390.00 | $1,390.00 |
| 1.00 | | TRIPLE DES MAINTENANCE | $150.00 | $150.00 |
| 1.00 | 2BE0 | FUJITSU/7020 3207 WEST LAKE STREET,WILMETTE,IL | $2,200.00 | $2,200.00 |
| 1.00 | | TRIPLE DES MAINTENANCE | $150.00 | $150.00 |
| 1.00 | 36DB | NCR/5305 2856 NORTH SOUTHPORT AVENUE,CHICAGO,IL | $1,276.56 | $1,276.56 |
| | | new-4/20/06 prorated to coincide with atms | | |
| 1.00 | 435D | NCR/5887WU 1635 NORTH DAMEN,CHICAGO,IL | $1,850.00 | $1,850.00 |
| 1.00 | 49E4 | NCR/5886WU 100 WEST NORTH AVENUE,CHICAGO,IL | $2,125.00 | $2,125.00 |

Page: 1

# THANK YOU

| | |
|---|---|
| SUBTOTAL: | $9,141.56 |
| Sales Tax: | $0.00 |
| TOTAL: | $9,141.56 |

Cole Dep DPR000112



**EFMARK**

4470 Paysphere Circle
Chicago, IL 60674
Phone: (630) 654-6797
Fax: (630) 789-9195
billing@efmark.com

# INVOICE

## 260182

| | |
|---|---|
| SOLD TO **DIAMOND BANK, FSB**<br>**100 WEST NORTH AVENUE**<br><br>**CHICAGO, IL 60610**<br>CONTACT **VIC CAPUTO** | SHIP TO **DIAMOND BANK, FSB**<br>**100 WEST NORTH AVENUE**<br><br>**CHICAGO, IL 60610**<br>CONTACT |

| DATE | SHIP VIA | CUSTOMER NO. | TERMS |
|---|---|---|---|
| 06/01/06 | | NFS001 | UPON RECEIPT |

| P.O. NUMBER | ORDER NUMBER | SALESPERSON |
|---|---|---|
| | 100605 | |

| QTY | TERMINAL | LOCATION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| | | Coverage Period 07/01/06 to 06/30/07 | | |
| 1.00 | 1230 | NCR/5670 1030 NORTH CLARK STREET, CHICAGO, IL | $1,390.00 | $1,390.00 |
| 1.00 | | TRIPLE DES MAINTENANCE | $150.00 | $150.00 |
| 1.00 | 2BE0 | FUJITSU/7020 3207 WEST LAKE STREET, WILMETTE, IL | $2,200.00 | $2,200.00 |
| 1.00 | | TRIPLE DES MAINTENANCE | $150.00 | $150.00 |
| 1.00 | 36DB | NCR/5305 2856 NORTH SOUTHPORT AVENUE, CHICAGO, IL | $1,276.56 | $1,276.56 |
| | | new 4/20/06 prorated to coincide with atms | | |
| 1.00 | 435D | NCR/5887WU 1635 NORTH DAMEN, CHICAGO, IL | $1,850.00 | $1,850.00 |
| 1.00 | 49E4 | NCR/5886WU 100 WEST NORTH AVENUE, CHICAGO, IL | $2,125.00 | $2,125.00 |

9 23 00

PAID BY CK. # 75117
AMOUNT $ 7,865.00
DATE 06/19/06

$ 7865.00

## THANK YOU

| | |
|---|---|
| SUBTOTAL | $9,141.56 |
| Sales Tax | $0.00 |
| TOTAL | $9,141.56 |

1,276.56

Cole Dep DPR000113

# Pendum, Inc.
(formerly EFMARK-Premium-Bantek-Wilson)
PO Box 712142
Cincinnati, OH 45271-2142
Phone: (303) 614-4729 Fax: (303) 614-4780

**\*\*\* INVOICE \*\*\***

attn: Brett Sand
Diamond Bank
100 W North Ave
Chicago, IL 60610-1303

Cust ID:    0306600
Date:       4/9/2008
Inv Nbr:    IVC0115654

Annual Service Invoice for the Period of Apr 1, 2008 – Mar 31, 2009

**PLEASE REFER TO INVOICE NUMBER ON YOUR REMITTANCE ADVICE**

| Market | Equipment ID | Location Name | Address | City | State | Equipment Model | Service Description | Quantity | Amount |
|---|---|---|---|---|---|---|---|---|---|
| LCHIC | 588A | Salon Blonde | 1643 W North Ave | Chicago | IL | NCR 6305 | ATM Second Line Maint. | Unlimited | $1,121.00 |
| LCHIC | 564C | Gold Coast Fitness | 1030 N Clark St | Chicago | IL | NCR 5970 | ATM Second Line Maint. | Unlimited | $1,450.00 |
| LCHIC | 564C | Gold Coast Fitness | 1030 N Clark St | Chicago | IL | NCR 5970 | Triple DES Maintenance | Unlimited | $158.00 |
| | | **564C TOTALS** | | | | | | | $1,608.00 |
| LCHIC | 48E4 | Diamond Bank FSB | 100 W North Ave | Chicago | IL | NCR 5886 | ATM Second Line Maint. | Unlimited | $2,216.00 |
| LCHIC | 435D | Northside Cafe | 1635 N Damen Ave | Chicago | IL | NCR 5887 | ATM Second Line Maint. | Unlimited | $1,930.00 |
| | | | | | | | | | $1,608.00 |
| LNORT | 28E0 | Branch | 8820 Niles Center Rd | Skokie | IL | FUJITSU 7020 | ATM Second Line Maint. | Unlimited | $2,295.00 |
| LNORT | 28E0 | Branch | 8820 Niles Center Rd | Skokie | IL | FUJITSU 7020 | Triple DES Maintenance | Unlimited | $156.00 |
| | | **28E0 TOTALS** | | | | | | | $2,451.00 |
| FUEL | | Fuel Surcharge | | | | | 4.00% Fuel Surcharge: | | $372.96 |
| | | | | | | | Subtotal: | | $9,698.96 |
| **IVC0115654 TOTALS** | **6 ATMs** | | | | | | | | $0.00 |
| | | | | | | | Total Amount: | | $9,698.96 |

Cole Dep DPR000114

AMENDMENT NO. 1 TO (PRIVATE)
THE MASTER DATA PROCESSING AGREEMENT AND CORRESPONDING ADDENDA

This Amendment No. 1 to the Master Data Processing Agreement dated July 1, 2005, and corresponding Addenda, (collectively the "Agreement") is made between FIFTH THIRD PROCESSING SOLUTIONS, a division of FIFTH THIRD BANK, an Ohio banking corporation (collectively "Vendor") and DIAMOND BANK, FSB ("Customer"). The Agreement shall be amended in the following respects.

I.      On or before the execution of this Amendment No. 1 by Customer, Customer agrees to execute an unaltered original of Vendor's standard Master Data Processing Agreement and Core Services Addendum. Customer further agrees that the terms of this Amendment No. 1 shall not become effective until the first day of the calendar month following the execution of this Amendment No. 1 by both Vendor and Customer ("Effective Date").

II.     Termination of Prior Agreements.  Effective upon the Effective Date, Vendor and Customer agree that Customer's Master Data Processing Agreement dated March 28, 1995, and corresponding Addenda and any other agreements (written or oral), shall terminate and Customer shall thereafter exclusively receive the Services from Vendor pursuant to this Agreement and agrees to pay the fees for the Services specified in the Fee Schedule thereto.

A.      The Master Data Processing Agreement dated July 1, 2005, shall be amended as follows:

    1.      Section 4, Fees and Payments, Paragraph 1, shall be amended as follows:

        (i)   by inserting the following after the words "any Addendum" in line nine (9):

            "In addition, Vendor will not increase the fees for existing, recurring Services during the first two (2) years of the initial Term of any Addendum, excluding any price increases due to increased fees or assessments imposed by third party providers, including, but not limited to, networks, telecommunication companies, etc."

        (ii)  by deleting the words "exceed 10% in any calendar year" in line eleven (11) and substituting the words "exceed five percent (5%) in any calendar year" in lieu thereof.

    2.      Section 6.(c), Miscellaneous, shall be deleted in its entirety.

    3.      Section 9, Limits on Liability, shall be amended as follows:

        (i)   by deleting the words "for the calendar month" in line twelve (12) and substituting the words "for the three (3) calendar months" in lieu thereof.

        (ii)  by adding the following sentence at the end of the paragraph, "Vendor acknowledges and agrees the limit of liability contained in sentence 3 of this Section 9 only, shall not apply to a breach of Section 6.(b) by Vendor."

    4.      Section 10.(g), shall be deleted in its entirety and replaced with:

            "(g) That it will indemnify, defend and hold Vendor, and its directors, officers, employees, affiliates and agents, harmless from all proceedings, claims, liabilities and expenses whatsoever (including attorneys fees) arising out of the Services (except as otherwise provided in Section 13 below), the business of Customer or its customers, Customer's failure to comply with any provision of the Network Documentation (as defined in the Core Services Addendum, or by reason of any breach or nonperformance of any provision of this Agreement by Customer or any Addendum on the part of the Customer, or its employees, agents or customers, except, however, where such is due to the extent of Vendor's negligence."

    5.      The following shall be added as a new Section 13:

            "Vendor will, subject to the limitations in Section 9 hereof, indemnify, defend and hold Customer, and its directors, officers, employees, affiliates, and agents, harmless from all proceedings, claims, liabilities and expenses whatsoever (including reasonable attorney's fees) which are a direct result of the breach or nonperformance of any provision of this agreement or any Addendum on the part of Vendor, or its employees, agents, or customers, except, however, for that portion of all such proceedings, claims, liabilities and expenses whatsoever (including reasonable attorney's fees) due to the negligence of Customer."

    6.      Section 12.(c), Violation of Applicable Laws and Regulations, shall be amended by deleting "Vendor's opinion" and substituting "Vendor's reasonable opinion" in lieu thereof.

    7.      Section 12.(f), Successors; Assignment, shall be amended by adding, "provided such consent shall not be unreasonably withheld by Vendor" at the end of the last line of the paragraph thereof.

B.      The Core Services Addendum dated July 1, 2005, shall be amended as follows:

    1.      Section B, Term, shall be amended by deleting the first sentence thereof and substituting the following in lieu thereof:

            "The term of this Agreement shall commence upon the Effective Date and shall continue until August 31, 2008 ("Initial Term")."

    2.      Section G, shall be deleted in its entirety.

C.      Addendum A to the Master Data Processing Agreement dated July 1, 2005, shall be amended as follows:

    1.      Section B.1.a), Programming Services, shall be amended as follows:

Cole Dep DPR000115

i) Vendor and Customer do hereby acknowledge and agree that Vendor shall credit Customer up to but not more than fifteen (15) hours worth of Programming Services (during normal business hours) during the Initial Term of this Agreement ("Programming Credit") against Vendor Programming Services fees only (and not third-party fees and/or expenses, including, but not limited to all travel expenses) which Vendor actually charges to Customer (less any other credits and/or waivers), provided Customer completely satisfies all of the following conditions. Customer must send to Vendor written notice within thirty (30) days of Customer's receipt of the Vendor Services Invoice containing any Programming Services charges and such notice must (i) specifically reference this Amendment No. 1; (ii) specifically reference the Programming Services charges to be credited; (iii) be sent in accordance with Section 12.(g) of the Master Data Processing Agreement; and (iv) be sent to and actually received by Customer's FTPS Account Manager at 38 Fountain Square Plaza, Maildrop 10907E, Cincinnati, Ohio 45263, with a copy sent to and actually received by both the FTPS General Counsel (i.e., "Attention FTPS General Counsel") and the FTPS Billing Manager (i.e., "Attention FTPS Billing Manager") at the same address and same Maildrop. Upon Vendor's actual receipt of such written notice satisfying all of the foregoing conditions, Vendor will credit Customer the Programming Services fees on Customer's Vendor Services Invoice for the month following Vendor's actual receipt of the notice complying with the foregoing requirements. Vendor and Customer do further acknowledge and agree that at the termination of this Agreement for any reason, Vendor shall not owe Customer any portion whatsoever of the Programming Credit not used by Customer during the Initial Term.

Except as otherwise provided in this Amendment, the terms of the Agreement are hereby ratified and affirmed and shall remain in full force and effect. This Amendment shall have no force or effect unless and until countersigned by Vendor.

FIFTH THIRD BANK

By: _John C. Huber_
Name: JOHN C. HUBER
VICE PRESIDENT
Title:
Date: 9-27-05
Diamond DevMarcord #1 ver 4 9-1-05

DIAMOND BANK, FSB

By: _Victor E. Caputo_
Name: VICTOR E. CAPUTO
Title: EXECUTIVE V.P.
Date: 9/1/05

FOR LEGAL USE ONLY

## MASTER DATA PROCESSING AGREEMENT

0105-R1

This Master Data Processing Agreement is made between FIFTH THIRD PROCESSING SOLUTIONS, a division of FIFTH THIRD BANK, an Ohio banking corporation, having its principal office at 38 Fountain Square Plaza, Cincinnati, Ohio 45263 (collectively "Vendor") and DIAMOND BANK, FSB, having its principal office at 100 W. North Avenue, Chicago, Illinois 60610 ("Customer"). Vendor and Customer hereby agree as follows:

### 1. DEFINITIONS

For the purposes of this Agreement, the following terms shall have the meanings set forth below: (a) "Agreement" shall mean this Master Data Processing Agreement and each addendum attached hereto or referencing this Agreement, and all documents and other materials incorporated herein by reference. (b) "Addendum" or "Addenda" shall mean the addenda incorporated herein or referencing this Agreement, which describe some of the terms under which the data processing services will be provided by Vendor to Customer, and the fees to be charged therefor. (c) "Services" shall mean the data processing services provided by Vendor to Customer as described in the Addenda. (d) Other defined terms applicable to this Agreement and each Addendum will be contained in a "Definitions and General Services Addendum" as may be published and modified from time to time by Vendor and the parties agree that such Addendum shall be incorporated herein and made part of this Agreement. This Master Data Processing Agreement contains the general terms and conditions applicable to each Addendum and Definitions applicable to the Agreement and Services, along with Vendor's standard pricing. Each Addendum describes the specific Services to be provided by Vendor to Customer and supplements the Master Data Processing Agreement.

### 2. SERVICES

Vendor's Obligations. Vendor will perform the Services as set forth in the Addenda. Vendor may make changes in the Services based upon, but not limited to, technological developments, legislative or regulatory changes, or the introduction of new services by Vendor. Vendor will use its reasonable best efforts to notify Customer of any such changes that will materially affect Customer at least 30 days prior to the implementation date of any such change. The parties agree that Vendor shall be the exclusive provider of the Services described in each Addendum to this Agreement.

### 3. TERM

The term of this Agreement shall commence July 1, 2005, and shall continue thereafter in accordance with the respective Addenda, unless earlier terminated in accordance with this Agreement or any Addendum. Notwithstanding any Addendum, Vendor may, at any time prior to a renewal period, refuse to extend the term of any Addendum if Customer is in default of this Agreement, or has from time to time been in default of this Agreement.

### 4. FEES AND PAYMENTS

The Customer shall pay to Vendor for the Services, the fees and expenses set forth in this Agreement and the Addenda. All fees shall be paid within 30 days of Customer's receipt of Vendor's invoice unless otherwise provided herein. Alternatively, Vendor may, at its option, debit Customer's billing account on or any time after the first day of each month through ACH. Vendor will then provide Customer with a statement of services rendered and charges therefore. Customer shall supply Vendor with a billing account number for this purpose. Vendor may not increase the fees during the first twelve months of the initial Term of any Addendum. Thereafter, Vendor may change, at its discretion, any fee upon notice to Customer; provided, however, that any increase in prices for existing recurring Services shall not in the aggregate exceed 10% in any calendar year, excluding any price increase due to increased fees or assessments imposed by third party providers such as, but not limited to, telecommunication companies and national or regional network switch providers ("Third Party Increases"). Any increase, except Third Party Increases, shall become effective not less than 30 days after the date Vendor sends to Customer, by ordinary mail, notice of such increase. Vendor may charge for any non-specified service it provides and expense it incurs at the request of or on behalf of Customer and Customer shall pay for such services and expenses as provided in this Section 4.

Notwithstanding any other provisions of this paragraph, in the event that by virtue of any law, rule, or regulation now existing or hereinafter enacted, Vendor or Customer becomes obligated to change in any fashion their manner of doing business in order to comply with such law, rule or regulation and Vendor incurs any increased cost by virtue thereof, Vendor may reasonably increase its fees to Customer as set forth in the attached Addenda as necessary to offset such increased costs. Any increased fees hereunder if any, shall not be taken into account for purposes of any price adjustment.

All fees and charges paid hereunder shall be made without set-off or deduction. Customer shall pay a late charge of 10% of the delinquent amount when such amount is paid more than 5 business days after it is due. Any fee not paid when due shall bear interest at 1 percentage point per month but in no event more than the highest interest rate permitted by law.

### 5. TITLE TO THE SERVICES

Customer agrees it is acquiring only a nontransferable, non-exclusive right to use the Services. Vendor shall at all times retain exclusive title to the

Services, including without limitation, any materials delivered to Customer hereunder and any invention, development, product, trade name, trademark, service mark or software program developed in connection with providing the Services or during the term of this Agreement.

### 6. CONFIDENTIAL INFORMATION

(a)    Information Supplied by Vendor. Customer acknowledges that the methods, techniques, programs, devices and operations of Vendor are of a confidential nature, and are valuable and unique assets of Vendor's business. During the term of this Agreement and following the expiration or termination thereof, Customer shall not disclose any such confidential information to any person or entity (other than to those employees and agents of Customer who participate directly in the performance of this Agreement and need access to such information). Upon termination of this Agreement, Customer shall deliver to Vendor all manuals, memoranda and other papers, and all copies thereof, relating in any way to the Services or to Vendor. Customer acknowledges that it does not have nor can Customer acquire any right in or claim to such confidential information. Customer shall take all necessary steps, including having its employees and agents execute such documents as Vendor deems reasonably necessary, to cause them to comply with the terms of this Section 6(a). Evidence of such compliance shall be provided to Vendor. Customer acknowledges that the injury that would be sustained by Vendor as a result of the violation of this provision cannot be compensated solely by money damages, and therefore agrees that Vendor shall be entitled to injunctive relief and any other remedies as may be available at law or in equity in the event Customer or its employees or agents violate the provisions contained in this Section 6(a). The restrictions contained in this Section 6(a) shall not apply to any information which becomes a matter of public knowledge, other than through a violation of this Agreement or other agreements to which Vendor is a party.

(b) Confidential Information Furnished by Customer. Vendor recognizes that in order to enable Vendor to provide the Services, Customer may disclose to Vendor certain confidential information concerning its accounts and customers. Vendor will not disclose any such confidential information other than to those employees and agents who participate directly in the performance of this Agreement. Not limiting the generality of the foregoing or any obligation of Customer in this Agreement, Vendor for its part, and as may be required of Vendor by the Gramm, Leach, Bliley Act or by any applicable guidelines issued pursuant to such Act, will not intentionally or willfully disclose confidential and proprietary information, received from Customer in connection with providing the Services, to unrelated and unauthorized third parties, other than in the course of providing the Services or in the performance of the Agreement. Provided, however, Vendor may disclose information it receives as may be required or permitted by any federal, state or local ordinance, any regulation or directive of any governmental agency, or any court order or legal process. Notwithstanding anything herein to the contrary, Customer acknowledges and agrees that Vendor and/or any of its affiliates may make public the execution of this Agreement by Customer and/or any of Customer's affiliates; and/or the Services which may be or have been provided under the Agreement. In accordance with Section 326 of the USA Patriot Act, Vendor is required to review and record information from the documents used in identifying Vendor's new account customers. This notice is to inform Customer of Vendor's procedures and Customer's responsibility under the Act.

(c) Miscellaneous. Customer acknowledges that Vendor shall not be responsible for the accuracy or adequacy of any information provided by Customer or others to Vendor; nor shall Vendor be liable for any damage, loss or liability whatsoever resulting to Customer or its customers as a result of the inaccuracy or inadequacy of such information.

### 7. TERMINATION BY CUSTOMER

(a) Correcting Defects. In the event that any materials furnished by Vendor are inaccurate, incomplete, or incorrect, or in the event Vendor temporarily fails to provide the Services (collectively a "Defect"), Vendor may either correct the Defect, without charge to Customer, or effect an equitable reduction of the price paid or payable for the Services to which such Defect relates, provided that Vendor has received written notice of the Defect from Customer within 30 days from the date on which Customer became aware of, or should have become aware of, such Defect; provided, however, Vendor will not be liable to Customer for any Defect that should have been reported to Vendor pursuant to Section 10(d), or which Defect first occurred, whether or not discovered by Customer, more than 30 days prior to Vendor's receipt of notice of the Defect.

(b) Substantial Nonperformance. In the event Customer reasonably believes that Vendor has substantially failed to provide the Services, Customer will give to Vendor a written notice specifically describing the nature of such failure and the approximate date on which Vendor failed to so provide the Services. Upon receipt of such notice, Vendor shall have 30 days to cure such failure, unless such failure cannot be reasonably cured within such period and in such case Vendor shall have such additional time as may be necessary to cure such failure provided that Vendor is proceeding diligently to effect such cure. In the event Vendor fails to cure