IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CARMEN FLORES, individually and on behalf (
of all others similarly situated, (
 (
    Plaintiff, ( Case No. 07 C 6403
 (
v. ( Judge Hibbler
 (
DIAMOND BANK, FSB, ( Magistrate Judge Valdez
 (
    Defendant. (

### AFFIDAVIT OF KNOWLEDGE

I, Lawrence J. Ligas, first being sworn on oath, deposes and says that if sworn as a witness I could competently testify to the matters set forth herein from my own personal knowledge:

1. I am the President of Alligas Enterprises, Inc..

2. That on or about October 15, 2005, my company was hired by Defendant Diamond Bank, FSB ("Bank") to install an ATM surround at its bank building located at 100 West North Avenue, Chicago, Illinois 60610.

3. That my company did perform the installation of the ATM surround for the ATM # 049E4 located on the Clark Street side of the exterior of the bank building. At that time, there was only one ATM machine located on the exterior of the Diamond Bank building.

4. Upon the completion of the ATM surround installation, my company placed two metal signs ("signs") on the ATM surround. These signs were affixed by adhesive. Upon my best personal recollection and knowledge, one of these signs concerned the amount of the bank charge that would be assessed to non-bank customers and the other sign concerned the notice that funds deposited at that ATM machine might not be available for immediate withdrawal.

5. Our company had removed the signs that had been previously affixed to the ATM surround that was around the ATM machine when it was located in the lobby of the bank building.

6.   I have no knowledge as to how the two metal signs that my company affixed to the ATM surround were removed; when these signs were removed; or who removed the signs.

7.   It is my personal belief that the ATM signs were removed by vandals who were seeking to sell the metal signs for scrap along with other metal objects.

FURTHER, AFFIANT SAYETH NOT.

Lawrence J. Ligas

Subscribed and Sworn to before me this 5th day of February, 2008.

Notary Public

Official Seal
Mark D Belongia
Notary Public State of Illinois
My Commission Expires 03/16/2010